## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| MARDEN'S ARK CORP., and on behalf of all others similarly situated, | Case No. 5:23-cv-00708-M-KS |
| *Plaintiff,* | |
| *v.* | **CLASS ACTION SETTLEMENT AGREEMENT** |
| UNITEDHEALTH GROUP INCORPORATED, | |
| *Defendant.* | |

This Class Action Settlement Agreement ("Agreement") is made and entered into by and between Representative Plaintiff Marden's Ark Corp. ("Representative Plaintiff"), on behalf of itself and the Settlement Class, and Defendant UnitedHealth Group Incorporated ("UHG" or "Defendant") to settle this action and discharge the Released Claims, as defined below, according to the terms and conditions herein.

### RECITALS

**WHEREAS**, *Marden's Ark Corp. v. UnitedHealth Group Incorporated*, No. 5:23-cv-00708-M-KS, was filed December 11, 2023, and is currently pending before the Honorable Richard E. Myers, II of the U.S. District Court for the Eastern District of North Carolina, alleging Defendant violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*;

**WHEREAS**, Defendant denies each and every one of Representative Plaintiff's allegations of unlawful conduct, damages, or other injuries;

**WHEREAS**, based upon the investigation, and evaluation of the facts and law relating to the matters alleged in the pleadings, motions practice to date, plus the risks and uncertainties of continued litigation and all factors bearing on the merits of settlement, Representative Plaintiff,

Defendant, and Class Counsel have agreed to settle the claims asserted in the Litigation pursuant to the provisions of this Settlement;

**WHEREAS**, in an effort to facilitate a resolution of the Litigation, the Settling Parties participated in a mediation with Bradley Winters, Esq. of JAMS, Inc.;

**WHEREAS,** the Parties understand, acknowledge and agree that the execution of this Agreement constitutes the settlement and compromise of disputed claims. This Agreement is inadmissible as evidence except to enforce the terms of the Agreement and is not an admission of wrongdoing or liability on the part of any Party to this Agreement;

**NOW THEREFORE**, subject to the Final Approval Order of the Court as required herein and applicable law and rules, the Settling Parties hereby agree, in consideration of the mutual promises and covenants contained herein, that all Released Claims against any Released Parties shall be settled, compromised and forever released upon the following terms and conditions.

<u>**TERMS AND CONDITIONS OF THE SETTLEMENT**</u>

1. **DEFINITIONS**

    1.1      As used herein, the following terms have the meanings set forth below.

        1.1.1   "Appeal" means a request for appellate review of any order or judgment of the Court entered in this Litigation, including but not limited to appeals as of right, discretionary appeals, interlocutory appeals, any order reinstating an appeal, and proceedings involving writs of certiorari and/or any proceedings thereon.

        1.1.2   "Approved Claim" means a claim that: (a) is received by the Settlement Administrator or postmarked on or before the Claims Deadline; (b) is fully and truthfully completed by a Settlement Class Member with all information requested in the Claim Form, and in accordance with the directions on the Claim Form; (c) is signed by the Settlement Class

Member, physically or electronically; and (d) is approved by the Settlement Administrator pursuant to the provisions of this Agreement as a valid claim eligible to receive payment from the Settlement Fund under the Agreement and the Final Approval Order and Judgment.

1.1.3   "CAFA Notice" means the notice of this Settlement to the appropriate federal and state officials, as provided by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, and as further described in Paragraph 6.4.

1.1.4   "Claims Deadline" means the date that is approximately sixty (60) days after the Notice Date.

1.1.5   "Claim Form" means the document to be submitted by Settlement Class Members seeking payment pursuant to this Settlement, attached as Exhibit A.

1.1.6   "Class Counsel" means Avi R. Kaufman of Kaufman P.A. and Stefan Coleman of Coleman PLLC.

1.1.7   "Court" means the U.S. District Court for the Eastern District of North Carolina.

1.1.8   "Complaint" means the operative complaint in this Litigation at the time the Court enters the Preliminary Approval Order.

1.1.9   "*Cy Pres* Distribution" means monies that may be distributed in connection with the Settlement pursuant to Paragraph 7.7 of this Agreement. *Cy Pres* will only be distributed for uncashed or undeposited payments or checks and only then if a second distribution to eligible Settlement Class Members is not feasible pursuant to Section 7.7 of this Agreement.

1.1.10  "Defendant" means UnitedHealth Group Incorporated, as well as their respective past, present, and future officers, directors, shareholders, employees, predecessors, affiliates, parents, subsidiaries, partners, distributors, principals, insurers, administrators, agents,

servants, successors, trustees, vendors, subcontractors, alleged co-conspirators, buyers, independent contractors, attorneys, representatives, heirs, executors, experts, consultants, and assigns of all of the foregoing persons.

1.1.11  "Defense Counsel" means Defendant's counsel of record in the Litigation, Hogan Lovells US LLP.

1.1.12  "Effective Date" means the first date by which any Judgment entered pursuant to the Agreement becomes Final.

1.1.13  "Fee Award" means the amount of attorneys' fees and reimbursement of expenses that may be awarded by the Court and that will be paid out of the Settlement Fund.

1.1.14  "Final" means one business day following the later of the following events: (i) the expiration of the time to file a motion to alter or amend a judgment under Fed. R. Civ. P. 59(e) has passed without any such motion having been filed; (ii) the expiration of the time in which to file an Appeal of any judgment entered pursuant to this Agreement has passed without any Appeal having been taken; and (iii) the resolution of any such Appeal in a manner that does not reverse or vacate the Judgment and in a manner that permits the consummation of the Settlement substantially in accordance with the terms and conditions of this Agreement. Any proceeding or order, or any Appeal pertaining solely to any request or order regarding the Fee Award will not in any way delay or preclude the Judgment from becoming Final.

1.1.15  "Final Approval Hearing" means the final hearing, held after the Preliminary Approval Order is issued and Settlement Class Members have been given reasonable notice and an opportunity to object or to exclude themselves from the Settlement, at which the Court will determine whether to finally approve the Settlement and to enter Judgment.

1.1.16  "Final Approval Order" means an order, providing for, among other things, final approval of the Settlement.

1.1.17 "Funding Date" shall mean twenty (20) days after preliminary approval is granted to this Settlement.

1.1.18 "Judgment" means the judgment to be entered by the Court pursuant to the Settlement.

1.1.19 "Litigation" means *Marden's Ark Corp. v. UnitedHealth Group Incorporated*, No. 5:23-cv-00708-M-KS, currently pending in the U.S. District Court for the Eastern District of North Carolina.

1.1.20 "Notice Date" means the deadline by which to send notice by mail pursuant to the Notice Plan.

1.1.21 "Notice Plan" means the proposed plan of disseminating to Settlement Class Members notice of the proposed Settlement and of the Final Approval Hearing, as approved by the Court.

1.1.22 "Opt-Out Deadline" means the date that is approximately (60) days after the Notice Date.

1.1.23 "Parties" means, collectively, Representative Plaintiff and Defendant.

1.1.24 "Person" means an individual, corporation, partnership, limited partnership, association, joint stock company, estate, legal representative, trust, unincorporated association, government or any political subdivision or agency thereof, any business or legal entity, and such individual's or entity's spouse, heirs, predecessors, successors, representatives, and assignees.

1.1.25 "Preliminary Approval Order" means an order, providing for, among other things, preliminary approval of the Settlement and dissemination of notice to the Settlement Class according to the Notice Plan.

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

1.1.26  "Released Claims" means any and all claims, liabilities, demands, causes of action, or lawsuits of the Settlement Class Members, whether known or unknown, whether legal, statutory, equitable, or of any other type or form, whether under federal, state, or local law (including but not limited to any violations of the Telephone Consumer Protection Act, 47 USC § 227, the FCC's related regulations—including internal Do Not Call requirements, similar state laws, or unfair or deceptive practices act), and whether brought in an individual, representative, or any other capacity, that were brought in the Litigation or could have been brought in the litigation or that arise from pre-recorded or artificial voice telephone calls made (to the fullest extent that those terms are used, defined, or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, relevant regulatory or administrative promulgations and case law, or similar state laws), or attempted to be made, by or on behalf of Defendant from December 11, 2019, through the date preliminary approval is granted to the Settlement.

1.1.27   "Released Parties" means Defendant and any respective corporate parent, subsidiary, or affiliated entities, along with each of their current, former, and future owners, members, partners, officers, directors, shareholders, employees, agents, affiliates, marketers, vendors, contractors, assigns, successors, predecessors, servants, insurers, representatives, and attorneys.

1.1.28  "Releasing Parties" means: (a) Representative Plaintiff, and all of its present, former, and future predecessors, successors, assigns, parents, subsidiaries, joint ventures, and affiliates, and all employees, agents, representatives, consultants, independent contractors, insurers, directors, officers, partners, principals, members, attorneys, accountants, financial advisors, investors, investment bankers, underwriters, shareholders, lenders, and auditors; (b) Settlement Class Members who do not timely opt out of the Settlement Class; (c) to the extent that a Settlement Class Member is not an individual, all of its present, former, and future

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

predecessors, successors, assigns, parents, subsidiaries, joint ventures, and affiliates, and all employees, agents, representatives, consultants, independent contractors, insurers, directors, officers, partners, principals, members, attorneys, accountants, financial advisors, investors, investment bankers, underwriters, shareholders, lenders, and auditors of any of the foregoing Persons; and (d) to the extent the Settlement Class Member is an individual, any present, former, and future spouses, as well as the present, former, and future heirs, executors, estates, administrators, representatives, agents, attorneys, partners, successors, predecessors, and assigns of each of them, and any other representatives of any of the foregoing Persons.

      1.1.29  "Representative Plaintiff" means Plaintiff Marden's Ark Corporation.

      1.1.30  "Service Award" means the amount paid to the Representative Plaintiff for service as class representative.

      1.1.31  "Settlement" means the settlement set forth in this Agreement.

      1.1.32  "Settlement Administration Expenses" means the expenses incurred by the Settlement Administrator in providing notice, processing claims, administering the Settlement, and issuing payments to Settlement Class Members. Settlement Administration Expenses shall be paid exclusively from the Settlement Fund.

      1.1.33  "Settlement Administrator" means Kroll Settlement Administration.

      1.1.34  "Settlement Class" means all regular users or subscribers to numbers assigned to wireless carriers which Optum Community Health Workers called as part of the Optum at Home program during the Settlement Class Period using an artificial or pre-recorded voice who were not members or subscribers of United Healthcare or that opted out of receiving calls from United Healthcare. Excluded from the Settlement Class are: (1) the Judges presiding over this action and members of their families; (2) the Defendant, Defendant's respective subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant

or their parents have a controlling interest and its current or former officers and directors; (3) persons who properly execute and file a timely request for exclusion from the class; and (4) the legal representatives, successors or assigns of any such excluded person(s).

       1.1.35 "Settlement Class Member" means a person who falls within the definition of the Settlement Class and who does not opt out of the Settlement as set forth in Paragraph 9.4.

       1.1.36 "Settlement Class Period" means December 11, 2019, through the date preliminary approval is granted to the Settlement.

       1.1.37 "Settlement Fund" means a common fund to which Defendant will contribute $1,846,500.00. The Settlement Fund will be non-reversionary and represents Defendant's maximum possible payment.

       1.1.38 "Settling Parties" means, collectively, Defendant, Representative Plaintiff, and all Settlement Class Members.

       1.1.39 The plural of any defined term includes the singular, and the singular of any defined term includes the plural.

## 2.  DENIAL OF WRONGDOING AND LIABILITY

    2.1     Defendant denies the material factual allegations and legal claims asserted by Representative Plaintiff in the Litigation, including any and all charges of wrongdoing or liability arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged, in the Litigation. Further, Defendant maintains that it has strong, meritorious defenses to the claims alleged in the Litigation and that it was prepared to vigorously defend all aspects of the Litigation.

    2.2     Defendant's Position on Conditional Certification of the Settlement Class. Defendant disputes that a class would be manageable or that common issues predominate over individual ones, and denies that a litigation class properly could be certified on the claims

asserted in the Litigation. However, solely for purposes of avoiding the expense and inconvenience of further litigation, Defendant does not oppose and hereby agrees to certification of the Settlement Class defined in Paragraph 1.1.34, for settlement purposes only, pursuant to Fed. R. Civ. P. 23(b)(3). Certification of the Settlement Class for settlement purposes will not be deemed a concession that certification of any litigation class in the Litigation is, or was, appropriate, nor would Defendant be precluded from challenging class certification in further proceedings in the Litigation or in any other action if the Settlement is not finalized or finally approved. If the Settlement is not finally approved by the Court for any reason whatsoever, the certification of the Settlement Class resulting from this Agreement will be void, and no doctrine of waiver, estoppel or preclusion will be asserted in any proceedings involving Defendant. No agreements made by or entered into by Defendant in connection with the Settlement may be used by Plaintiff, any person in the Settlement Class or any other person to establish any of the elements of class certification in any litigated certification proceedings, whether in the Litigation, or any other judicial proceeding.

2.3    Admissibility. Additionally, this Agreement, any negotiations or proceedings related to it, the implementation of it, and any papers submitted in support of the motions for approval of it (collectively, the "Settlement Proceedings") are not to be construed as or deemed to be evidence of any admission or concession by any of the Parties regarding liability, damages, or the appropriateness of class treatment, and are not to be offered or received in evidence in any action or proceeding for any purpose whatsoever; provided, however, that this Agreement and the Settlement Proceedings may be presented to the Court in connection with the implementation or enforcement of this Agreement, or as may be necessary or appropriate to further the purposes sought to be achieved by this Agreement.

### 3.     THE BENEFITS OF SETTLEMENT

3.1     Class Counsel and Representative Plaintiff recognize and acknowledge the expense and length of continued proceedings that would be necessary to prosecute the Litigation against Defendant through trial and appeals. Class Counsel also has taken into account the strength of Defendant's defenses, difficulties in obtaining class certification and proving liability, and the uncertain outcome and risk of the litigation, especially in complex actions such as this one, and the inherent delays in such litigation. Class Counsel believes that the proposed Settlement confers substantial benefits upon the Settlement Class. Based on their evaluation of all of these factors, Representative Plaintiff and Class Counsel have determined that the Settlement is in the best interests of Representative Plaintiff and the Settlement Class.

### 4.     SETTLEMENT TERMS

4.1     Settlement Fund: Defendant will cause to be created a Settlement Fund in the amount of $1,846,500.00 for the purpose of making all required payments under this Settlement. The Parties agree that Defendant's maximum monetary obligation under this Agreement shall not exceed $1,846,500.00. Upon payment of the $1,846,500.00, Defendant's payment obligations under this Agreement shall be deemed to have been fully satisfied.

4.2     The Settlement Fund shall be a Qualified Settlement Fund (QSF) under Section 468B of the Internal Revenue Code and 26 C.F.R. § 1.468B-1, established pursuant to the Preliminary Approval Order. The Settlement Administrator shall be the Administrator of the QSF.

4.3     Payment to Settlement Class Members

4.3.1     Each Settlement Class Member shall be entitled to submit one claim per telephone number it, he, or she used or subscribed to for a payment. Adequate and customary procedures and standards will be used by the Settlement Administrator to prevent the payment of

fraudulent claims and to pay only legitimate claims, including, but not limited to, verifying claims with information provided by Defendant where feasible and requiring a unique identifier in connection with all claims.

        4.3.2    Each Settlement Class Member who submits an Approved Claim shall be entitled to payment in an amount equivalent to their *pro rata* share of the Settlement Fund after any approved Service Award, Fee Award, and Settlement Administration Expenses are deducted. Payments will be made directly to Settlement Class Members by the Settlement Administrator.

## 5.      ATTORNEYS' FEES, EXPENSES, AND COSTS AND SERVICE AWARD

    5.1    Class Counsel shall apply to the Court for attorneys' fees and documented and reasonable expenses and costs and for a Service Award for Representative Plaintiff. Class Counsel's application for fees, expenses, and costs and a Service Award for Representative Plaintiff shall be filed no later than thirty (30) days prior to the Opt-Out Deadline. Any Fee Award and/or Service Award approved by the Court shall be paid solely out of the Settlement Fund and shall not increase Defendant's total financial liability with respect to this Agreement or Settlement.

    5.2    In the event the Court approves the Settlement, but declines to award a Fee Award and/or Service Award in the amount requested by Class Counsel, the Settlement will nevertheless be binding on the Parties and the Settlement Class Members.

    5.3    Defendant shall have no liability to Class Counsel or any other Person arising from any claim regarding the division of any award of attorneys' fees, expenses, and costs between and among Class Counsel or any other counsel who may claim entitlement to any portion of the Fee Award.

    5.4    The Fee Award and Service Award, if approved by the Court, shall be paid by wire transfer from the Settlement Fund no later than sixty (60) days following the Effective Date,

provided that the Person being paid has executed a Form W-9 to the Settlement Administrator. The Fee Award shall be paid from the Settlement Fund, and Defendant shall have no additional obligation to pay for attorneys' fees, costs and/or expenses of any kind.

5.5     The Court shall retain jurisdiction of any dispute regarding the Fee Award and any repayment of any amount of the Fee Award.

## 6.     ADMINISTRATION AND NOTICE

6.1     All costs and expenses of administering the Settlement and providing reasonable notice in accordance with the Preliminary Approval Order shall be paid out of the Settlement Fund, including the cost of CAFA Notice.

6.2     The Settlement Administrator will facilitate the notice process by assisting the Parties in the implementation of the Notice Plan, as well as CAFA Notice.

6.3     Class Settlement Website

6.3.1     The Settlement Administrator will create and maintain the Class Settlement Website, to be activated within thirty (30) days of Preliminary Approval. The Settlement Administrator's responsibilities will also include securing an appropriate URL to be agreed upon by the Parties. The Class Settlement Website will contain information about the Settlement and case-related documents such as the Settlement Agreement, the Long-Form Notice in the form attached hereto as Exhibit B, subject to Court modification and/or approval, the Claim Form, the Preliminary Approval Order, Class Counsel's application for a Fee Award and Service Award, and the Complaint. Settlement Class Members shall have the option to file a claim electronically using the Class Settlement Website.

6.3.2     The Class Settlement Website will terminate (be removed from the internet) and no longer be maintained by the Settlement Administrator thirty (30) days after

either (a) the Effective Date or (b) the date on which the Settlement Agreement is terminated or otherwise not approved in full, if the Settlement is terminated or otherwise not approved in full.

      6.3.3    All costs and expenses related to the Class Settlement Website shall be paid out of the Settlement Fund.

6.4     CAFA Notice

      6.4.1    The Parties agree that the Settlement Administrator shall serve notice of the settlement that meets the requirements of CAFA, 28 U.S.C. § 1715, on the appropriate federal and state officials no later than ten (10) days after the filing of this Settlement Agreement with the Court.

      6.4.2    All costs and expenses related to the CAFA Notice shall be paid out of the Settlement Fund.

      6.4.3    The Settlement Administrator will file a certification with the Court stating the date(s) on which the CAFA Notices were sent. Each Party will provide the other Party with any substantive responses received in response to any CAFA Notice.

6.5     Notice Plan

      6.5.1    The Notice Plan shall conform to all applicable requirements of the Federal Rules of Civil Procedure, the U.S. Constitution (including the Due Process Clauses), and any other applicable law, and shall otherwise be in the manner and form agreed upon by the Parties and approved by the Court.

      6.5.2    The Settlement Administrator will use customary procedures including, third party services, to identify mailing and email addresses for the Settlement Class Members whose telephone numbers are listed in redacted form on Exhibit C.

      6.5.3    Subject to Court approval, within thirty (30) days after the Court enters the Preliminary Approval Order, the Settlement Administrator shall send direct notice substantially

in the form of the Summary Notice in Exhibit D, as modified and/or approved by the Court, via U.S. Postal Service to any Settlement Class Member for which a mailing address is identified and/or by email to any Settlement Class Member for which an email address is identified. The Settlement Administrator will use customary procedures, including a search of the United States Postal Service's National Change of Address database, to update Settlement Class Members' addresses. The Settlement Administrator will use customary procedures, including third party services, to identify an alternate address for any Settlement Class Member for whom a mailed notice is returned as undeliverable, and promptly remail notice to them.

6.5.4    Subject to Court approval, within thirty (30) days after the Court enters Preliminary Approval, the Settlement Administrator shall disseminate a plain-language notice publicizing the Settlement and directing potential Settlement Class Members who did not receive direct notice to the Class Settlement Website to file a Claim Form through an internet media campaign designed by the Parties and the Settlement Administrator to target adults 18 years or older with telephone numbers that have been reassigned during the Settlement Class Period on desktop and mobile devices via the Google Display Network and Facebook social media platform for a 60-day duration.

## 7.    CLAIMS PROCESS

7.1    Submission of Claims. To obtain a payment from the Settlement, Settlement Class Members must timely submit by mail or online via the Class Settlement Website a valid Claim Form substantially in the form attached as Exhibit A, as modified and/or approved by the Court, by the Claims Deadline. All Claim Forms must be submitted to the Settlement Administrator by the Claims Deadline. A valid Claim Form means a Claim Form containing all required information, including a unique claimant identifier, and which is signed by the claimant and is timely submitted. Any Claim Form which is not timely submitted shall be denied. In the event a

Settlement Class Member submits a Claim Form by the Claims Deadline but the Claim Form is not complete, then the Settlement Administrator shall give such Settlement Class Member a reasonable opportunity to provide any requested missing information. For any Settlement Class Member who submits a Claim Form determined by the Settlement Administrator to be incomplete, the Settlement Administrator shall mail a notice directly to such Settlement Class Member, notifying him or her of the missing information and providing him or her with an opportunity to cure (the "Cure Notice"). Settlement Class Members must cure incomplete claims on or before the Effective Date.

7.2     Claims Processing. The Settlement Administrator shall apply the terms of this Settlement Agreement and the requirements set forth in the Claim Form, and any Claim Form submitted that does not meet the requirements of this Agreement is not eligible to be an Approved Claim. The Settlement Administrator also shall employ reasonable procedures to screen claims for abuse, fraud, or duplication, and shall deny Claim Forms where there is evidence of abuse, fraud, or duplication. The Settlement Administrator's decisions regarding the Settlement Class Members' eligibility for a claims payment shall be final. The Parties, the Released Parties, and their respective counsel shall have no responsibility or liability whatsoever for the Settlement Administrator's conduct, omissions, or actions.

7.3     Payment of Claims. No later than sixty (60) days after the Effective Date, or such other date as the Court may set, the Settlement Administrator shall issue payment by check or electronic payment from the Settlement Fund to each Settlement Class Member who timely submits a valid claim.

7.4     All payments to Settlement Class Members will state on their face that they will expire and become null and void unless cashed or redeemed within ninety (90) days after the date of issuance.

7.5     To the extent that any payments to Settlement Class Members expire and become null and void, the Settlement Administrator shall distribute the funds associated with those payments on a *pro rata* basis to Settlement Class Members who were issued and cashed or redeemed their initial payments, if doing so is administratively and economically feasible (i.e., those Settlement Class Members would receive a second distribution of more than $1 after costs of administration).

7.6     To the extent the amount due in payments to any Settlement Class Member in any single calendar year exceeds $599 (or as otherwise required by law), the Settlement Class Member will be issued payments totaling $599 (or as otherwise permitted by law) with a request to complete a Form W-9 electronically through the Settlement Website to receive any additional amounts due. If the Settlement Class Member does not complete a Form W-9, they will not be issued any additional payment, and any amount associated with the unissued additional payment shall be distributed on a *pro rata* basis to Settlement Class Members who submit a completed Form W-9.

7.7     Any remaining monies, including to the extent a second distribution is not administratively feasible, shall be paid as *cy pres* to the National Consumer Law Center, subject to Court approval. No money remaining in the Settlement Fund shall revert to or otherwise be paid to Defendant.

7.8     No decisions by the Settlement Administrator shall be deemed to constitute a finding, admission, or waiver by Defendant as to any matter of fact, law, or evidence having any collateral effect on any claim hereunder or in any other proceeding or before any other forum or authority. Further, such decisions shall not be submitted to or admissible in any other proceeding or before any other forum or authority.

16

8.      **RELEASES**

8.1      Upon entry of the Judgment, Representative Plaintiff and each Settlement Class Member will be deemed to have, and by operation of the Judgment will have, fully, finally, and forever released, relinquished, and discharged the Released Parties from all Released Claims against the Released Parties.

8.2      After entering into this Settlement Agreement, Representative Plaintiff or Settlement Class Members may discover facts other than, different from, or in addition to, those that they know or believe to be true with respect to the Released Claims. Representative Plaintiff and Settlement Class Members expressly waive and fully, finally, and forever settle and release any known or unknown, suspected or unsuspected, contingent or noncontingent claim, whether or not concealed or hidden, without regard to the subsequent discovery or existence of such other, different, or additional facts.

8.3      Upon entry of the Final Approval Order, Representative Plaintiff, and any Settlement Class Member who does not opt out as set forth in Paragraph 9.4 is hereby barred against bringing any action against any of the Released Parties for any of the Released Claims. Additionally, Representative Plaintiff and Settlement Class Members agree and covenant, and each Settlement Class member will be deemed to have agreed and covenanted, not to sue any of the Released Parties with respect to any of the Released Claims, or otherwise assist others in doing so, and agree to be forever barred from doing so, in any court of law, equity, or any other forum.

9.      **APPROVAL PROCESS**

9.1      Court Approval

9.1.1      Class Counsel shall submit the Agreement together with its Exhibits to the Court and request that the Court grant preliminary approval of the Settlement, issue a

Preliminary Approval Order, and schedule a hearing on whether the Settlement should be granted final approval (collectively, "Motion for Preliminary Approval").

9.1.2   In the Motion for Preliminary Approval, Class Counsel shall request that the Court schedule a Final Approval Hearing for a date approximately one hundred twenty (120) days from entry of the Preliminary Approval Order.

9.1.3   The date the Motion for Preliminary Approval is filed is the date by which the Settlement shall be deemed "filed" within the meaning of 28 U.S.C. § 1715.

9.1.4   If the Motion for Preliminary Approval is granted, Class Counsel shall be responsible for asking the Court to grant final approval of the Settlement and to enter a Final Approval Order and Judgment, in accordance with the date set by the Court for the Final Approval Hearing.

9.1.5   If the Court does not enter a Preliminary Approval Order or a Final Approval Order and Judgment or if the Final Approval Order is reversed or vacated, by any court, this Agreement shall terminate and be of no force or effect, except as otherwise set forth in this Agreement, unless the Parties voluntarily agree to modify this Agreement in the manner necessary to obtain Court approval. If this Agreement is terminated, any portion of the Settlement Fund remaining shall be returned to Defendant. Notwithstanding any provision of this Agreement, the Parties agree that any decision by any court as to any Fee Award to Class Counsel or Service Award to Representative Plaintiff shall not prevent the Agreement from becoming effective, prevent Final Judgment from being entered, or provide any grounds for termination of the Agreement or the Settlement.

9.2     Procedures for Objecting to the Settlement

9.2.1   Settlement Class Members shall have the right to appear and show cause, if they have any reason why the terms of this Agreement should not be given final approval,

subject to each of the sub-provisions contained in this section. Any objection to this Settlement Agreement, including any of its terms or provisions, must be in writing, filed with the Court electronically or in person at the Alton Lennon Federal Building and Courthouse, 2 Princess Street, Wilmington, NC 28401 or mailed to the Clerk of Court, PO Box 25670, Raleigh, NC 27611 by no later than the Opt-Out Deadline. Settlement Class Members may object either on their own or through an attorney hired at their own expense.

9.2.2    Any objection regarding or related to the Agreement shall contain a caption or title that identifies it as "Objection to Class Settlement in *Marden's Ark Corp. v. UnitedHealth Group Incorporated*, No. 5:23-cv-00708-M-KS" and also shall contain the following information: (i) the objector's name, address, and telephone number; (ii) the phone number(s) at which he or she received calls covered by this Settlement; and (iii) the factual basis and legal grounds for the objection.

9.2.3    Any Settlement Class Member who fails to comply with the applicable provisions of the preceding paragraphs concerning their objection shall waive and forfeit any and all rights he or she may have to object, appear, present witness testimony, and/or submit evidence, shall be barred from appearing, speaking, or introducing any testimony or evidence at the Final Approval Hearing, shall be precluded from seeking review of this Agreement by appeal or other means, and shall be bound by all the terms of this Agreement and by all proceedings, orders and judgments in the Litigation. By filing an objection, objectors and their counsel submit to the jurisdiction of the Court for all purposes, including but not limited to subpoenas and discovery.

9.3    Right to Respond to Objections

9.3.1    Class Counsel and the Parties shall have the right, but not the obligation, to respond to any objection no later than seven (7) days prior to the Final Approval Hearing. The

Party so responding shall file a copy of the response with the Court, and shall serve a copy, by email or overnight delivery, to the objector (or counsel for the objector).

9.4     Opt Outs

9.4.1     Any Settlement Class Member who does not wish to participate in this Settlement must write to the Settlement Administrator stating an intention to be "excluded" from this Settlement. This written request for exclusion must be sent via mail to the Settlement Administrator at the address set forth in the Summary Notice and Long-Form Notice and postmarked no later than the Opt-Out Deadline. A request for exclusion must be signed by the Settlement Class Member, include the Settlement Class Member's name, address, and the phone number(s) at which he or she received calls covered by this Settlement, and clearly state that the Person wishes to be excluded from the Litigation and the Settlement. A request for exclusion that does not include all of this information, or that is sent to an address other than that designated in the notices, or that is not postmarked within the time specified, shall be invalid, and the Person serving such a request shall be a member of the Settlement Class and shall be bound as a Settlement Class Member by the Court's Orders in this Litigation and by this Agreement, if approved. The request for exclusion must be personally signed by the Settlement Class Member. So-called "mass" or "class" opt-outs shall not be allowed.

9.4.2     The Settlement Administrator will retain a copy of all requests for exclusion and will provide copies of any such requests to counsel for the Parties on a weekly basis. Class Counsel will keep any such Opt-Out information confidential and use it only for purposes of determining whether a person in the Settlement Class has properly opted out. The names of those persons who have properly excluded themselves from the Settlement will be provided to the Court in connection with the motion for final approval of the Settlement.

9.4.3    All Settlement Class Members will be bound by all determinations and judgments in the Litigation. In the event that the number of persons in the Settlement Class who validly and timely submit Opt-Out requests exceeds 500, Defendant, following good faith discussions, may terminate the Settlement.

9.4.4    Any Person in the Settlement Class who submits a request for exclusion may not file an objection to the Settlement. If a Settlement Class Member submits a written request for exclusion pursuant to Paragraph 9.4.1 above, he or she shall be deemed to have complied with the terms of the opt-out procedure and shall not be bound by the Agreement if approved by the Court.

9.4.5    After notice is disseminated and at least fifteen (15) days prior to the Final Approval Hearing, the Parties shall request and seek to obtain from the Court a Final Approval Order and Judgment, which will (among other things):

(i)      find that the Court has personal jurisdiction over all Settlement Class Members and that the Court has subject-matter jurisdiction to approve the Agreement, including all exhibits hereto;

(ii)     approve the Settlement Agreement and the proposed Settlement as fair, reasonable, and adequate as to, and in the best interests of, Settlement Class Members; direct the Parties and their counsel to implement and consummate the Agreement according to its terms and provisions; and declare the Agreement to be binding on, and have preclusive effect on all pending and future lawsuits or other proceedings maintained by or on behalf of Representative Plaintiff and the Releasing Parties;

(iii)    find that the notice and the Notice Plan implemented pursuant to the Agreement (1) constitute the best practicable notice under the circumstances; (2) constitute notice that is reasonably calculated, under the circumstances, to apprise members of the Settlement Class of the pendency of the Litigation, their right to object to or exclude themselves from the proposed Settlement, and to appear at the Final Approval Hearing; (3) are reasonable and constitute due, adequate, and sufficient notice to all Persons entitled to receive notice; and (4) meet all applicable requirements of the Federal Rules of Civil Procedure, the Due Process Clause of the United States Constitution, and the rules of the Court;

(iv)     dismiss the action (including all individual claims and Settlement Class Member claims asserted therein) on the merits and with prejudice, without

fees or costs to any Party, except as provided in the Settlement Agreement; incorporate the releases set forth above in Paragraph 8, make those releases effective as of the date of the Final Approval Order and Judgment; and

(v)     forever discharge the Released Parties as set forth herein; permanently bar and enjoin all Settlement Class Members from filing, commencing, prosecuting, intervening in, or participating (as class members or otherwise) in, any lawsuit or other action in any jurisdiction related to the Released Claims.

## 10.    WITHDRAWAL FROM SETTLEMENT

10.1    If any of the conditions set forth below occurs and either (a) Class Counsel or (b) Defendant gives notice that such Party wishes to withdraw from this Agreement (subject to the terms below and herein), then this Agreement shall terminate and be null and void, and the Parties will be returned to the *status quo ante* as if no settlement had been negotiated or entered into:

(i)     Any objections to the proposed settlement are sustained, which results in changes to the Settlement described in this Agreement that the withdrawing Party deems in good faith to be material (e.g., because it increases the cost of settlement or deprives the withdrawing Party of a benefit of the settlement);

(ii)    The Final Approval of the Settlement described in this Agreement results in changes that the withdrawing Party deems in good faith to be material (e.g., because it increases the cost of settlement or deprives the withdrawing Party of a benefit of the settlement);

(iii)   More than 500 of the Settlement Class Members exclude themselves from the Settlement as set out in Paragraph 9.4.3;

(iv)    The Final Approval of the Settlement described in this Agreement is (i) substantially modified by an appellate court and the withdrawing Party deems any such modification in good faith to be material (e.g., because it increases the cost of settlement or deprives the withdrawing Party of a benefit of the settlement) or (ii) reversed by an appellate court.

## 11.    TAXES

Settlement Class Members, Representative Plaintiff, and Class Counsel shall be responsible for paying any and all federal, state, and local taxes due on any payments made to them pursuant to the Settlement Agreement.

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

11.1 Qualified Settlement Fund. The Parties agree that the Escrow Account into which the Settlement Fund is deposited is intended to be a separate taxable entity and is and will at all times constitute a "Qualified Settlement Fund" within the meaning of § 1.468B-1(c) of the Treasury Regulations promulgated under Section 468B of the Internal Revenue Code of 1986, as amended from time to time. The Settlement Administrator will timely make such elections as necessary, including if necessary, the "relation back election" (as defined in Treas. Reg. § 1.468B-1(j)(2)) back to the earliest permitted date. Such elections must be made in compliance with the procedures and requirements contained in such Treasury regulations promulgated under § 1.468B of the Internal Revenue Code of 1986, as amended (the "Code"). It is the responsibility of the Settlement Administrator to cause the timely and proper preparation and delivery of the necessary documentation for signature by all necessary parties, and thereafter to cause the appropriate filing to occur.

11.2 Settlement Administrator is "Administrator." For the purpose of § 1.468B of the Code and the Treasury regulations thereunder, the Settlement Administrator must be designated as the "administrator" of the Settlement Fund. The Settlement Administrator must cause to be timely and properly filed all information and other tax returns necessary or advisable with respect to the Settlement Fund (including, without limitation, the returns described in Treas. Reg. § 1.468B-2(k)). Such returns must reflect that all taxes (including any estimated taxes, interest or penalties) on the income earned by the Settlement Fund will be paid out of the Settlement Fund.

11.3 Taxes Paid By Administrator. All taxes arising in connection with income earned by the Settlement Fund, including any taxes or tax detriments that may be imposed upon Defendant or any of the other Released Parties with respect to any income earned by the Settlement Fund for any period during which the Settlement Fund does not qualify as a "qualified settlement fund" for federal or state income tax purposes, will be paid by the

Settlement Fund.

11.4     Expenses Paid from Fund. Any expenses reasonably incurred by the Settlement Administrator in carrying out the duties, including fees of tax attorneys and accountants, will be paid from the Settlement Fund.

11.5     Responsibility for Taxes on Distribution. Any person or entity that receives a distribution from the Settlement Fund will be solely responsible for any taxes or tax-related expenses owed or incurred by that person or entity by reason of that distribution. Such taxes and tax-related expenses will not be paid from the Settlement Fund.

11.6     Defendant Is Not Responsible. In no event will Defendant or any of the other Released Parties have any responsibility or liability for taxes or tax-related expenses arising in connection with the payment or distribution of the Settlement Fund to Representative Plaintiff, Settlement Class Members, Class Counsel or any other person or entity. The Settlement Class Members shall indemnify and hold Defendant and other Released Parties harmless—through the Settlement Fund— for all such taxes and tax-related expenses.

11.7     Defendant shall timely deliver to the Settlement Administrator a "Section 1.468B-3 Statement" (as provided in Treas. Reg Section 1.468B-3(e)) with respect to any transfers made to the Settlement Fund.

11.8     The Settlement Administrator will engage in reporting to the Internal Revenue Service and such other state and local taxing authorities as may be required by law. The parties acknowledge that the Settlement Administrator will comply with all withholding obligations as required under the applicable provisions of the Internal Revenue Code and such other state and local laws as may be applicable, and the regulations promulgated thereunder. In addition, the Settlement Administrator shall be obligated (notwithstanding anything herein to the contrary) to withhold from distribution to any Settlement Class Member any funds necessary to pay such

amounts including the establishment of adequate reserves for any taxes and tax-related expenses (as well as any amounts that may be required to be withheld under Treas. Reg. § 1.468B-2(l)(2)). The Parties agree to cooperate with the Settlement Administrator, each other, and their attorneys and accountants to the extent reasonably necessary to carry out the provisions of this Section 11.

11.9    Defendant makes no representation to Representative Plaintiff, Settlement Class Members, Class Counsel or any other person or entity regarding the appropriate tax treatment of the Settlement Fund, income earned on the Settlement Fund, or any distribution taken from the Settlement Fund.

## 12.    CONDITIONS FOR EFFECTIVE DATE; EFFECT OF TERMINATION

12.1    The Effective Date of this Agreement shall be the date the Judgment has become Final, as defined in Paragraph 1.1.12.

12.2    Performance of the obligations set forth in this Agreement is subject to all of the following material conditions:

(A)    execution of this Agreement by Defendant, Representative Plaintiff, and Class Counsel.

(B)    the granting of preliminary approval by the Court.

(C)    sending of the notices described herein.

(D)    the granting of final approval by the Court.

(E)    execution and entry of Judgment by the Court.

(F)    the occurrence of all other circumstances necessary for the Effective Date to arise.

12.3    The Parties hereby covenant and agree to cooperate reasonably and in good faith for the purpose of achieving occurrence of the conditions set forth above, including, without limitation, timely filing of all motions, papers and evidence necessary to do so, and refraining from causing or encouraging directly or indirectly any appeal or petition for writ proceedings by third parties seeking review of any order contemplated by this Agreement. Class Counsel represent and warrant that they have authority to take all such actions required of them pursuant

to this Agreement, and that by doing so they are not in breach or violation of any agreement with Representative Plaintiff or any third party.

12.4    If this Agreement is not approved by the Court or the Settlement is terminated or fails to become effective in accordance with the terms of this Agreement, the Settling Parties will be restored to their respective positions in the Litigation as of January 16, 2025. In such event, the terms and provisions of this Agreement will have no further force and effect with respect to the Settling Parties and will not be used in this Litigation or in any other proceeding for any purpose.

**13.    MISCELLANEOUS PROVISIONS**

13.1    Cooperation of the Parties: The Parties acknowledge that it is their intent to consummate this Agreement, and they agree to cooperate to the extent reasonably necessary to effectuate and implement all terms and conditions of this Agreement and to exercise their best efforts to accomplish the foregoing terms and conditions of this Agreement. The Parties agree that they will not solicit, facilitate, or assist in any way, requests for exclusions or objections by putative or actual Settlement Class Members. Class Counsel recognize that they have an obligation to support the Settlement and to seek the Court's approval of its terms. Class Counsel will abide by all applicable and governing ethical rules, opinions, and obligations precluding their representation of opt-outs. If the Court suggests any modifications to the Settlement Agreement or conditions entry of the Preliminary Approval Order, Final Approval Order, or Judgment on modifications to the Settlement, the Parties shall, working in good faith and consistent with the Settlement, endeavor to address any such concerns identified by the Court.

13.2    Resolution of Dispute without Admission: The Parties intend the Settlement to be a final and complete resolution of all disputes between them with respect to the Litigation. The

Settlement covers claims that are contested and will not be deemed an admission by any Settling Party as to the merits of any claim or defense.

13.3    Use In Subsequent Proceedings: Neither this Agreement nor the Settlement, nor any act performed or document executed pursuant to or in furtherance of this Agreement or the Settlement is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claims, or of any wrongdoing or liability of Defendant; or is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of Defendant in any civil, criminal, or administrative proceeding in any court, administrative agency or other tribunal. Any party to this Litigation may file this Agreement and/or the Judgment in any action that may be brought against it in order to support any defense or counterclaim, including without limitation those based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

13.4    Confidential Information: All agreements made and orders entered during the course of the Litigation relating to the confidentiality of information will survive this Agreement.

13.5    Destruction of Confidential Documents: It is agreed that, consistent with Section 6 of the Stipulated Protective Order entered in this Litigation, the originals and all copies of all confidential documents and/or information subject to all confidentiality agreements and the Stipulated Protective Order ("Confidential Information") shall be returned to the producing party within sixty (60) days after the Effective Date, unless the document has been offered into evidence or filed without restriction as to disclosure. The Parties may agree in writing that certain Confidential Information may be destroyed in lieu of being returned. Nothing in the Agreement shall require attorney work product or pleading files to be returned or destroyed;

however, any party or attorney retaining such work product or pleading files shall continue to treat such as Confidential Information pursuant to the terms of the Stipulated Protected Order.

13.6    Incorporation of Exhibits: Any and all Exhibits to this Agreement are material and integral parts hereof and are fully incorporated herein by this reference.

13.7    Modification: This Agreement may be amended or modified only by a written instrument signed by or on behalf of all Parties or their respective successors-in-interest.

13.8    Integration: This Agreement and any Exhibits attached hereto constitute the entire agreement among the Parties, and no representations, warranties, or inducements have been made to any Party concerning this Agreement or its Exhibits other than the representations, warranties, and covenants covered and memorialized in such documents. Except as otherwise provided herein, the Parties will bear their own respective costs.

13.9    Class Counsel's Authority: Class Counsel, on behalf of the Settlement Class, are expressly authorized by Representative Plaintiff to take all appropriate action required or permitted to be taken by the Settlement Class pursuant to this Agreement to effectuate its terms, and are expressly authorized to enter into any modifications or amendments to this Agreement on behalf of the Settlement Class.

13.10    Parties' Authority: Each counsel or other Person executing this Agreement or any of its Exhibits on behalf of any Party hereby warrants that such Person has the full authority to do so.

13.11    Receipt of Advice of Counsel. Each Party acknowledges, agrees, and specifically warrants that he, she, or it has fully read this Agreement and the Releases contained herein, received independent legal advice with respect to the advisability of entering this Agreement and the Releases, and the legal effects of this Agreement and the Releases, and fully understands the effect of this Agreement and the Releases. Each Party to this Agreement warrants that he, she, or

it is acting upon his, her, or its independent judgment and upon the advice of his, her, or its own counsel and not in reliance upon any warranty or representation, express or implied, of any nature or kind by any other party, other than the warranties and representations expressly made in this Agreement.

13.12    Counterparts: This Agreement may be executed in one or more counterparts. All executed counterparts and each of them will be deemed to be one and the same instrument.

13.13    No Prior Assignments. Representative Plaintiff and Class Counsel represent, covenant, and warrant that they have not directly or indirectly assigned, transferred, encumbered, or purported to assign, transfer, or encumber to any person or entity any portion of any liability, claim, demand, action, cause of action or rights herein released and discharged except as set forth herein.

13.14    Binding on Assigns: This Agreement will be binding upon, and inure to the benefit of, the successors and assigns of the Parties and the Settlement Class Members.

13.15    Interpretation: None of the Parties, or their respective counsel, will be deemed the drafter of this Agreement or its Exhibits for purposes of construing the provisions thereof. The language in all parts of this Agreement and its Exhibits will be interpreted according to its fair meaning, and will not be interpreted for or against any of the Parties as the drafter thereof.

13.16    Change of Time Periods. The time periods and/or dates described in this Agreement with respect to the giving of notices and hearings are subject to approval and change by the Court or by written agreement of Class Counsel and Defense Counsel and as approved by the Court, without notice to Settlement Class Members. The Parties reserve the right, by agreement and subject to the Court's approval, to grant any reasonable extension of time that might be needed to carry out any of the provisions of this Agreement.

13.17    Governing Law: This Agreement and any Exhibits hereto will be construed and enforced in accordance with, and governed by, the internal, substantive laws of the State of North Carolina without giving effect to that State's choice-of-law principles.

13.18    The headings used herein are used for the purpose of convenience only and are not meant to have legal effect.

13.19    No Waiver: The waiver by one Party of any breach of this Agreement by any other Party shall not be deemed as a waiver of any other prior or subsequent breaches of this Agreement.

13.20    Severability. Should any part, term, or provision of this Agreement be declared or determined by any court or tribunal to be illegal or invalid, the Parties agree that the Court may modify such provision to the extent necessary to make it valid, legal, and enforceable. In any event, such provision shall be separable and shall not limit or affect the validity, legality, or enforceability of any other provision, hereunder. Provided, however, that the terms of this Section shall not apply should any court or tribunal find any part, term, or provision of the release to be illegal or invalid.

13.21    Publicity and Confidentiality. Neither the Parties nor their counsel will initiate any public statement intended to be disseminated through the press, internet, television, radio, or other media that includes an opinion or editorial comment about the effect of the Settlement or the merits of any Parties' positions in the Litigation. This provision does not apply to any communications between any Settlement Class member and Class Counsel or any communications with the Court.

13.22    Notices. All notices to counsel provided for herein shall be sent by email with a hard copy sent by overnight mail to:

*As to Representative Plaintiff and the*
*Settlement Class*:

KAUFMAN P.A.
Avi R. Kaufman
kaufman@kaufmanpa.com
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133

*As to UHG*:

HOGAN LOVELLS US LLP
Carolyn A. DeLone
carrie.delone@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004

IN WITNESS WHEREOF, the Parties have executed this Agreement dated as of
March 10, 2025.

Signed by:

*Samantha Barber*

Defendant UnitedHealth Group Incorporated

CEO/Director of Care
on behalf of
Marden's Ark Corporation

Marden's Ark Corp.

Class Counsel

**EXHIBIT A**

**CLAIM FORM**

| Section I - Instructions |
|:---:|

**This Form must be received by the Settlement Administrator no later than [Month] [Day], [Year].**

This Claim Form may be submitted in one of three ways:

1. Electronically through www.[xxx].com.

2. Via email to [xxx]@[xxx].com. Please fill out the enclosed pages, scan the document in its entirety if necessary, and include the form as an attachment.

3. Mail to: *CHW TCPA Settlement,* c/o ___, [Address], [City] [State], [Zip Code].

To be effective as a Claim under the proposed settlement, this form must be completed, signed, and sent, as outlined above, **no later than [Month] [Day], [Year].** If this Form is not postmarked or submitted by this date, you will remain a member of the Class but will not receive any payment from the Settlement.

If you received a notice regarding the Settlement by mail or email, the notice includes your Claimant Identification Number, which is required to make a Claim. If you do not have a Claimant Identification Number, you can request one by contacting the Settlement Administrator via email to [xxx]@[xxx].com or by calling ###-###-####.

| Section II - Class Member Information |
|:---:|

**Claimant Name (Required):**

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claimant Identification Number (Required):**

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**<u>Current Contact Information</u>**

**Street Address (Required):**

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**City (Required):**          **State (Required):**     **Zip Code (Required)**

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Email (Optional):**

| | | | | | | | | | | | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

**Preferred Phone Number (Required):**

| | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|

*Your contact information will be used by the Settlement Administrator to contact you, if necessary, about your Claim. Provision of your email address is optional. By providing contact information, you agree that the Settlement Administrator may contact you about your Claim.*

## Section III – Confirmation of Class Membership

Wireless telephone number(s) for which you were the regular user or subscriber at some point between December 11, 2019 and [date of preliminary approval] at which you received one or more prerecorded or artificial voice calls from Optum Community Health Workers while you were not a member or subscriber of United Healthcare or had opted out of receiving calls from United Healthcare:

| | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|

| | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|

| | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|

## Section IV – Election of Payment

Please select your preferred method of payment for any approved Claim:

\_\_\_\_ Check mailed to the address identified above in Section II

\_\_\_\_ Electronic payment [available electronic payment options to be populated by administrator]

## Section V – Required Affirmations

IF SUBMITTED ELECTRONICALLY:

☐ **I agree that, by submitting this Claim Form, the information in this Claim Form is true and correct to the best of my knowledge. I understand that my Claim Form may be subject to audit, verification, and Court review. I am aware that I can obtain a copy of the full notice and Settlement Agreement at www.[xxxx].com or by writing the Settlement Administrator at the email address [xxxx]@[xxxx].com or the postal address [Address], [City], [State] [Zip Code]. Checking this box constitutes my electronic signature on the date of its submission.**

IF SUBMITTED BY U.S. MAIL:

**I agree that, by submitting this Claim Form, the information in this Claim Form is true and correct to the best of my knowledge. I understand that my Claim Form may be subject to audit, verification, and Court review. I am aware that I can obtain a copy of the full notice and Settlement Agreement at www.[xxxx].com or by writing the Settlement Administrator at the email address [xxxx]@[xxxx].com or the postal address [Address], [City], [State] [Zip Code].**

Dated:_____          Signature: _____

# EXHIBIT B

United States District Court for the Eastern District of North Carolina

**If You Received an Artificial or Prerecorded Voice Call from Optum Community Health Workers
as part of the Optum at Home program You May
Be Entitled to a Payment from a Class Action Settlement.**

*A FEDERAL COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

- A Settlement with a $1,846,500 cash fund has been reached in a class action lawsuit claiming that UnitedHealth Group Incorporated ("Defendant") sent prerecorded voice messages to wireless telephone numbers without consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. Defendant denies the allegations in the lawsuit and the Court has not decided who is right.

- If you are a Settlement Class Member, your legal rights are affected whether you act or do not act. Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **DO NOTHING** | If you do nothing, you will not receive a payment from the Settlement Fund and will give up your right to bring your own lawsuit against Defendant about the claims in this case. |
| **MAKE A CLAIM** | You may make a claim to receive a payment from the Settlement Fund. |
| **EXCLUDE YOURSELF** | You may request to be excluded from the Settlement. If you do, you will not receive a payment from the Settlement Fund but will not give up your right to bring your own lawsuit against Defendant about the claims in this case. |
| **OBJECT** | Write to the Court if you do not like the Settlement. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still must decide whether to approve the Settlement. If it does, and after any appeals are resolved, payments will be distributed as specified. Please be patient.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**.................................................................................**PAGE 3**
    1. Why is there a notice?
    2. What is this litigation about?
    3. What is the Telephone Consumer Protection Act?
    4. Why is this a class action?
    5. Why is there a settlement?

**WHO IS PART OF THE SETTLEMENT**................................................................**PAGE 4**
    6. Who is included in the Settlement?

7. What if I am not sure whether I am included in the Settlement?

**THE SETTLEMENT BENEFITS**......................................................................**PAGE 4**
8. What does the Settlement provide?
9. When will I receive my payment?

**EXCLUDING YOURSELF FROM THE SETTLEMENT**.................................**PAGE 5**
10. How do I get out of the Settlement?
11. If I do not exclude myself, can I sue Defendant for the same thing later?
12. What am I giving up to stay in the Settlement Class?
13. If I exclude myself, can I still get a payment?

**THE LAWYERS REPRESENTING YOU**.........................................................**PAGE 6**
14. Do I have a lawyer in the case?
15. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT**...............................................................**PAGE 6**
16. How do I tell the Court I do not like the Settlement?
17. What is the difference between objecting and asking to be excluded?

**THE FINAL APPROVAL HEARING**...................................................................**PAGE 7**
18. When and where will the Court decide whether to approve the Settlement?
19. Do I have to attend the hearing?
20. May I speak at the hearing?

**IF YOU DO NOTHING**.......................................................................................**PAGE 8**
21. What happens if I do nothing at all?

**GETTING MORE INFORMATION**....................................................................**PAGE 8**
22. How do I get more information?

# BASIC INFORMATION

### 1. Why is there a notice?

A Court authorized this notice because you have a right to know about a proposed Settlement of a class action lawsuit known as *Marden's Ark Corp. v. UnitedHealth Group Incorporated*, No. 5:23-cv-00708-M-KS, and about all of your options before the Court decides whether to give Final Approval to the Settlement. This notice explains the lawsuit, the Settlement, and your legal rights.

Judge Richard E. Myers, II of the U.S. District Court for the Eastern District of North Carolina is overseeing this case. The person who sued, Marden's Ark Corp., is called the "Plaintiff." UnitedHealth Group Incorporated is called the "Defendant."

### 2. What is this litigation about?

The lawsuit alleges that Optum Community Health Workers made artificial or prerecorded voice calls to wireless telephone numbers as part of its Optum at Home program without consent in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"); and seeks statutory damages under the TCPA on behalf of the named Plaintiff and a class of all individuals in the United States.

Defendant denies each and every allegation of wrongdoing, liability and damages that were or could have been asserted in the litigation, and that the claims in the litigation would be appropriate for class treatment if the litigation were to proceed through trial.

The Plaintiff's Complaint, Settlement Agreement and other case-related documents are posted on the website, www.XXX.com. The Settlement resolves the lawsuit. The Court has not decided who is right.

### 3. What is the Telephone Consumer Protection Act?

The Telephone Consumer Protection Act (commonly referred to as the "TCPA") is a federal law that restricts telephone solicitations and the use of automated telephone equipment. The Plaintiff here alleged that UnitedHealth Group Incorporated made artificial or prerecorded voice calls to wireless telephone numbers as part of its Optum at Home Community Health Workers program without consent in violation of the TCPA.

### 4. Why is this a class action?

In a class action, one person called the "Class Representative" (in this case, Plaintiff Marden's Ark Corp.) sues on behalf of itself and other entities and people with similar claims.

All of the entities and people who have claims similar to the Plaintiff's claims are members of the Settlement Class, except for those which exclude themselves.

### 5. Why is there a settlement?

The Court has not found in favor of either Plaintiff or Defendant. Instead, both sides have agreed to a Settlement. By agreeing to the Settlement, the parties avoid the costs and uncertainty of a trial, and if the Settlement is approved by the Court, Settlement Class Members who submit valid claims will receive the Settlement's benefits described in this notice. Defendant denies all legal claims in this case. Plaintiff and its lawyers think the proposed Settlement is best for everyone who is affected.

## WHO IS PART OF THE SETTLEMENT

| 6. Who is included in the Settlement? |
|---|

The Settlement includes: all regular users or subscribers to numbers assigned to wireless carriers which Optum Community Health Workers called as part of the Optum at Home program during the Settlement Class Period using an artificial or pre-recorded voice who were not members or subscribers of United Healthcare or that opted out of receiving calls from United Healthcare from December 11, 2019 to **Month DD, 2025**. These people are called the "Settlement Class" or "Settlement Class Members."

Excluded from the Settlement Class are (1) the Judges presiding over this action and members of their families; (2) the Defendant, Defendant's respective subsidiaries, parent companies, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest and its current or former officers and directors; (3) persons who properly execute and file a timely request for exclusion from the class; and (4) the legal representatives, successors or assigns of any such excluded person(s).

| 7. What if I am not sure whether I am included in the Settlement? |
|---|

If you are not sure whether you are in the Settlement Class, or have any other questions about the Settlement, (1) visit the Settlement Website at www.XXX.com, (2) contact the Settlement Administrator at PO Box XXXX, City, State XXXXX-XXXX, email address, or telephone number, or (3) contact Class Counsel at info@kaufmanpa.com or 305-469-5881.

## THE SETTLEMENT BENEFITS

| 8. What does the Settlement provide? |
|---|

Defendant has agreed to pay $1,846,500.00 to create a cash Settlement Fund. The Settlement Fund will be used to pay all Settlement Administration Expenses, a Fee Award, and a Service Award. The remaining funds will be distributed on a pro rata basis to Settlement Class Members who timely submit a valid claim.

| 9. When will I receive my payment? |
|---|

Payments to Settlement Class Members will be made only after the Court grants Final Approval to the Settlement and after any appeals are resolved (*see* "Final Approval Hearing" below). If there are appeals, resolving them can take time. Please be patient.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want benefits from the Settlement, and you want to keep the right to sue or continue to sue Defendant on your own about the legal issues in this case, then you must take steps to get out of the Settlement. This is called excluding yourself – or it is sometimes referred to as "opting-out" of the Settlement Class.

| 10. How do I get out of the Settlement? |
|---|

To exclude yourself from the Settlement, you must send a timely letter by mail to:

Settlement Administrator

PO Box XXXX City, State
XXXXX-XXXX

Your request to be excluded from the Settlement must be personally signed by you, include your name, address, and the telephone number at which you received calls covered by the Settlement, and contain a statement that indicates your desire to be "excluded from the Settlement Class." Absent excluding yourself or "opting-out" you are otherwise a member of the Settlement Class.

Your exclusion request must be postmarked no later than **Month Day, 2025**. You cannot ask to be excluded on the phone, by email, or at the website.

You may opt-out of the Settlement Class only for yourself.

| 11. If I do not exclude myself, can I sue the Defendant for the same thing later? |
|---|

No. Unless you exclude yourself, you give up the right to sue Defendant for the claims that the Settlement resolves. You must exclude yourself from this Settlement Class in order to pursue your own lawsuit.

| 12. What am I giving up to stay in the Settlement Class? |
|---|

Unless you opt-out of the Settlement, you cannot sue or be part of any other lawsuit against Defendant about the issues in this case, including any existing litigation, arbitration, or proceeding. Unless you exclude yourself, all of the decisions and judgments by the Court will bind you.

The Settlement Agreement is available at www.XXX.com. The Settlement Agreement provides more detail regarding the release and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. You can talk to the law firms representing the Class listed in Question 14 for free or you can, at your own expense, talk to your own lawyer if you have any questions about the Released Claims or what they mean.

| 13. If I exclude myself, can I still get a payment? |
|---|

No.  You will not get a payment from the Settlement Fund if you exclude yourself from the Settlement.

## THE LAWYERS REPRESENTING YOU

| 14. Do I have a lawyer in the case? |
|---|

The Court has appointed the following lawyers as "Class Counsel" to represent all members of the Settlement Class.

Avi R. Kaufman                                    Stefan Coleman
KAUFMAN P.A.                                      COLEMAN PLLC

You will not be charged for these lawyers. If you want to be represented by another lawyer, you may hire one to appear in Court for you at your own expense.

| 15. How will the lawyers be paid? |
|---|

Class Counsel intend to request up to one-third of the value of the Settlement for attorneys' fees, plus reimbursement of reasonable, actual out-of-pocket costs and expenses incurred in the litigation. The fees and expenses awarded by the Court will be paid out of the Settlement Fund. The Court will decide the amount of fees and expenses to award.

Class Counsel also will request that a service award not to exceed $5,000 be paid from the Settlement Fund to the Class Representative for its service as representative on behalf of the whole Settlement Class.

# OBJECTING TO THE SETTLEMENT

**16. How do I tell the Court if I do not like the Settlement?**

If you are a Settlement Class Member (and do not exclude yourself from the Settlement Class), you can object to any part of the Settlement. To object, you must timely submit a letter containing a caption or title that identifies it as "Objection to Class Settlement in *Marden's Ark Corp. v. UnitedHealth Group Incorporated*, No. 5:23-cv-00708-M-KS," and also containing the following information: (1) your name, address, and telephone number; (ii) the phone number(s) at which you received calls covered by this Settlement; and (iii) the factual basis and legal grounds for the objection.

If you wish to object, you must file your objection with the Court electronically or in person at the Alton Lennon Federal Building and Courthouse, 2 Princess Street, Wilmington, NC 28401 or mail it to the Clerk of Court, PO Box 25670, Raleigh, NC 27611 by no later than the Opt-Out Deadline. Settlement Class Members may object either on their own or through an attorney hired at their own expense.

**17. What is the difference between objecting and asking to be excluded?**

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself. Excluding yourself is telling the Court that you do not want to be part of the Settlement. If you exclude yourself, you have no basis to object to the Settlement because it no longer affects you.

# THE FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the Settlement and any requests for fees and expenses ("Final Approval Hearing").

**18. When and where will the Court decide whether to approve the settlement?**

The Court has scheduled a Final Approval Hearing on **[DATE] at [TIME]**, at the [LOCATION]. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.XXX.com for updates. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the requests by Class Counsel for attorneys' fees, costs, and expenses. If there are objections, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the Settlement. It is unknown how long these decisions will take.

**19. Do I have to attend the hearing?**

No. Class Counsel will answer any questions the Court may have. But, you are welcome to attend the hearing at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you submitted your written objection on time, to the proper addresses, and it complies with all the other requirements set forth above, the Court will consider it. You also may pay your own lawyer to attend the hearing, but it is not necessary.

**20. May I speak at the hearing?**

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must submit a timely objection and include a statement of whether you intend to appear at the Final Approval Hearing.

You cannot speak at the hearing if you exclude yourself from the Settlement.

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

## IF YOU DO NOTHING

| 21. What happens if I do nothing at all? |
|---|

If you do nothing, you will not receive a payment from the Settlement Fund and will give up your right to bring your own lawsuit against Defendant about the claims in this case.

## GETTING MORE INFORMATION

| 22. How do I get more information? |
|---|

This notice summarizes the proposed Settlement. You are urged to review more details in the Settlement Agreement. For a complete, definitive statement of the Settlement terms, refer to the Settlement Agreement at www.XXX.com. If you have any questions, you also may contact the Settlement Administrator at PO Box XXXX, City, State XXXXX-XXXX, email address, or telephone number, or contact Class Counsel at info@kaufmanpa.com or 305-469-5881.

## EXHIBIT C

```
2X2X2XXX24    XXXXXXX44X    XXXXXXXXXX    XXXXXXXXXX    XX224XX2XX    X24XX2X2XX
XX2XXXXXX     XXXXX4XXXX    XXXXX4XX4X    XXX2XXXXXX    XXXXXXXXXX    2XX2XXX2XX
XX2442X4XX    XXXXXXXXXX    22X2XXXX4X    XXXXXXX2XX    2XXXXXX2X     XX24XXXXXX
XX24X24XXX    XXXXXX4X4X    XXXX224XX2    XXX44XXXXX    XXX4X4X4XX    XX22X2XXXX
XXXXXXXXXX    XXXXXXXXXX    XXXXX42X4X    XX4XXXXXXX    XXXXXXX22X    XXX4XXXXXX
X24XX4XXX4    X2XXXXX2XX    XXX4XXXXX2    XXXXXXXXXX    4XX2XXX4XX    4X4XXXXXXX
XX24XXX2XX    X2X4X4XXXX    XXX4X44XXX    4X4X22XX2X    XXXX2XXXX4    XXXXX2XXX4
2X2XXXX4XX    X2X22XXXXX    XXX4XXXX2X    X4XXXXX2XX    XXXXXX4XX     XX44XXXX4X
2X2XXXXXX2    X2XXXXX4XX    4XXXXXXXXX    XXXXXXXXX4    4XXX4XXXXX    XXXXXXX22X
XXXXX4XX2X    XXXXXXXXXX    XXXXXXXXXX    XXX2X22XX4    XXXXXXXXX4    XXXXXXX4X
X24XXXXXXX    XXXXXXXXXX    2XXXXXXX22    2XXXX4XX2     4X424X4XXX    X2XXXXXXXX
XXXX2XXXXX    X2XXXXXXXX    XXX2X4XXXX    XX2XXXXX2     2X2XXXXXXX    XXXXXXXXXX
XX44X4XXX2    XXXXXXXXXX    X4XXX4X4XX    XXX2XXXXX4    2XXX22XXXX    XXX2XXXXX4
XXXX2XX2XX    XXXXXX2XXX    XXX24X42XX    XXXXXXXXX4    XXXXXXXXXX    4XXX2XXX2X
XX4442X42X    XXX4XX242X    2XXXXX22X2    XXX24XXXXX    XXX2XXX4XX    XXX2XXXXXX
XX44XXXXXX    X2XXXXXXX     XXX4X2X4XX    XXXXXX4X2X    XX422X4XX     XXXX4XX2X4
XXXXXXXXXX    XXX22XXXXX    X4X4XXXXXX    XX44X2XXXX    XXXXX4XX2X    XXXXX24XXX
XX44XXXXXX    XXXX4X2XXX    XX4XXXXXXX    XXXXX4XXXX    XXXX4XXXXX    XX2XXX24XX
2X2XX2XXXX    XXX2XX44XX    XXXXX4XX2X    X4X22XXX2X    2X22XXX4XX    22XX22XXXX
X24X4XXXXX    XXX2XXX2XX    XXXXX2422X    XXXXXXXXXX    4XX42X2XX2    XXX2XXXXXX
X24XXXXXX2    XXXXX2XXX2    2X4XXXXXXX    XXXXXXXX4    XXXX22X2XX    XXXXX24X2X
24XXXXX4XX    XXXXX4XX4X    X4XXXXX4XX    XXXXXXX2XX    X2XXXX2XXX    XX2XXXXXX2
XXXXXXXX44    XXX24XXXXX    X4XXXXXX44    XX4XXXX2X4    XX2XX42XXX    XXXXXX224X
XX4XXX4XXX    XXXXXXXX2X    X4XXXXXX2X    X4X4XXXXXX    XX42XXXXXX    XXXXX2X2X4
XXX2XXXX2X    XXXXXXXXXX    XXXXXXXXXX    XXXX4XX4XX    4XX2XXXXXX    XXXXX2XX4X
XX2XX2XXXX    XXX4XX4XXX    XXX24XXXXX    22XXXXXXXX    X2XXX2XXXX    XXX4XXXXX2
XXX2X22XX2    X2XXXXX2XX    X4X42XX42X    XXX4XX4XX     XX4X4XXX2     XX4XXXXXXX
XXX2XXXXXX    X2XXXXX44X    XXX222XX2X    X2XXXXXXXX    4X4XXXX4XX    22X42XXXXX
4X2XXXXXXX    X2X2XXX4XX    XXX24X4XX     XXXXX4XXX     XXXX2X22XX    22XXXXXXXX
2X2XX4XX4X    X4XXX2XXX     X4X42XXXX2    X4XXXX2XXX    XX2XXXXX4     2XXXXXX4X
X244X4XXXX    X2XXXXXXXX    XXX2XXXXXX    XXX4XX44XX    XXXX2XXXX4    XXXXXXXXX2
XX4XXXXXXX    XXX4XXXXXX    XX4XXXXX4X    XXXXXXXXXX    2X2X2XX22X    XXXXXXXXXX
2X2XXXXX2X    X2XXXXXXXX    XXXX44XXX2    XXX2XX4XXX    XXX4XX4XXX    24XXXXXXXX
XX4XXXXXXX    XXXXXXXXXX    XXXXX4XXXX    XXXX42X2XX    22X2XXXXX2    XXXXXXXXXX
XX2442X24X    X2XXXXXXXX    XXXXX422XX    2XX2XXXX2X    XXXXXXX4XX    4XXX4XXXXX
22XXXX4X2X    XXX2XX2XXX    XXXXXXX2XX    X4XXXXX2X4    XXXX4XX44X    44XXX4XX4X
24X4XXXX44    X2X42XX2XX    XX42XXX2XX    XXX4X2X2XX    22X2XXX44X    XXX2X2X4X
XXXXXXX42X    XXX2XX4XXX    XXXXXX4XX     X4XXXXXXXX    XXXX4XXXX     XXX22X2XXX
XXXXX4X2X     XXX2XXXXXX    XXXXXX2XX     XXX442XXXX    42XXXXX2X     XXXX2XXXX2
X24XXXXXX4    XXXXXXXXXX    XXX4XXXXXX    XXXXXXXXXX    4X4XXXXX4     XXXX2X4XXX
XX4XX4XXXX    X2XXXXXX4     XX22XXX4X4    4XXXXXX4X     XXXXX4X2XX    22X2X4XXXX
2XXXX4XXXX    X2X42XXX4     XXXX4XX442    XXXX2XXXXX    XXX4XXXXX     XXX42XXXXX
X24XX2XXX4    XXXXX2XXXX    XXXXXXXXXX    XXXXXXXX2X    XXX2X4XX22    XXX2XXXXXX
```

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
X242X4XX4X    X2XXXXX2XX    X4XXXX4XXX    2XXXXX2XX4    XXXX2XXXX4    XXX4XXXXXX
XX2XX22XXX    XXX4XXXX2     XXXX2XXXX4    2XX22X2XX2    XX42XXXXXX    42X4X4XXXX
XXXXXXXXXX    XXXXXX4XX     22XXXXXXXX    2X24XXXXXX    XX2XXXXXX2    XXXX2X2XXX
2XXXXXXXXX    XXXXXXX2XX    XXXXXX242X    XXX2XXXXX4    XXXXXX2X2X    24XXXXXX44
XXXX4XXXXX    2XX44XX2XX    X4X4XXX2XX    XXX44XXX4X    XXXX24XXXX    22XXXX4X44
XX24XXXXXX    XXX22XXX4X    XX4X4XXXXX    2X2XXXXXXX    2XXX44XX2X    44XX2XXX4X
X24XXXXXXX    4XXXX2XXXX    X4X2XXXXXX    2XXXXXXXX    2X2XXXX4XX    XXXX4XXXXX
2XXXX2XX4X    XXX2XXXXXX    X4XXXXXXX    XXXXXXXXX    4X4X24XXXX    2XXXX22XXX
2X24X2X4XX    XXX22XXXXX    XXXXXXXX4X    XXX4XXXXXX    X4X2XXXX2X    XXXX4XXX2X
XXX442XXXX    X2XXXXXXXX    XXX4XX2XX4    XXXXX2XXXX    X2XXXXXX4X    4XX42XXXXX
2X2X2XXX4X    X2XXXXXXXX    XXXXXXXXX    XXX4XXXXXX    XXX4XXXXXX    XXX42XXXXX
2X2XXXXXXX    4XXXX4XXXX    XXX2XXXXX    XXXXXXXXX    XXXX22XXXX    2X22XXXXX2
2X2X4X4XXX    X2XXXXX2XX    X4XXXXXX4    XXXXXXX2X    XXXXXXX42    4X4XXXX4XX
2X2XXXXXXX    X2XXXXXX4    22X224X2XX    XXXXXX2XX    X4X2XXXX2X    4XXXXXXXX
4X2XXXXXXX    X2X2X4XX    2XXXXX4XX    XXXXX4XXXX    XX242XXX4X    XXX4XXXX4X
XXXX4XX2XX    XXX4XX4XXX    XX22X2X4XX    2XX4X44XXX    XX24X2X2XX    XXXXXXXXXX
4X4XXXXXXX    XXX44XXXX4    X4XXX2XXXX    XXX4XXX2X    4X4XXXXXX    XX22XXXXX
2X2XXXXX2X    X2XXXX2XXX    XXX4XX2XXX    XXXXX2224X    XXXXXX242X    XXXXXXX42
2X24XXXXXX    XX2XXXXXX    XXXXXXXXX    24XXXXX42X    XXX22XXXX    XXX4XXXX42
XX44X2XXXX    X2X4XXXXX    2XX4XXXX4X    2XXXXXXXX    X4X2XXXXXX    44X4XX444X
XX42XXXXXX    X2XXXXXX2X    XXXXX4XXXX    XXXX2X24X2    X2XXXXXX4    XXXXX4XXX4
XX224XX4XX    XXX4X4XXX    XXXXXXXX4    2XX224XXX    XXXXXXXXX    22X224XXXX
XXXX2X22XX    XXX2XXXXX    X4XXX2XXX    XXX22XXX4    XXX4XXX2X    XXX4XXXXXX
XXXXXX2XX    XXX2XX4XXX    XX44XX22X    2XXXX4XX2    X2XXX4XX2    44X2X2XX4
2X2XXXXXXX    XXX2XXX22X    X4X2XXX2XX    XXXX2XXXX    XXXXXXXXX    22X42XXXX
2X2X4XX24X    XXXXXXXXX    XXXX42XXX    XX2XXXX44    44X4X4X4XX    XXXX4XXXXX
XXX2X2X22X    X2XXXXX4XX    XXXX4X4XX4    4XXXXXX2X4    XX2XXXXXX    XX4XXXXX2X
2X24XXXX4X    XXXXXXXXX    XXXXX424X2    X4XXXXXXX    42X24XXXXX    XXXXXX4XXX
2X2XXX2XXX    XXX44XXXX    XXXXXXXXX    XX44XX2XXX    4XXXXXXXX    22X2XX2XXX
2X2XXXX4XX    XXXXXXXXX    XXXXXXXXX    XXX42XXXX    XXXXX4XXX    XX44XX4XXX
2X2XXXXXXX    XXXXX422XX    XXXXXX2XXX    XXXXX4XXXX    42X2XX2XX4    XXXX2X2XXX
XX424XXXXX    XXX24XXX4X    2X22XXXXXX    2X2XXXXXXX    XXXXXXXX4    XX4XXXX2XX
XXXXX42XXX    X2XXXXX4XX    XXXXX2XXX    2X2XXXXXX    XXXXX2XXX    44XXXXXXXX
XXX42XXXXX    XXX22XXX4X    XXXXXXXXX    XXXXXXXXX    XX2XXX4XX    XXX2X4X2X2
XXX4XXX44X    XXX4XXXX24    X4XXX2X4XX    X4XXXX4X4X    XXXXXXXXX    XXX4XXXXXX
XXXXX2XXXX    XXXXXXXX2    XXXX4XXX2X    XXXXXXXXX    XXX242XXXX    XXX2XXXXXX
XXXXX4XXXX    X2X2XX4XXX    XXX4X2XX4X    XXX4XXXXXX    XXX4X4XXXX    XX4XX4X2XX
XXXXXXXXXX    XXXXXX2XXX    X4X4XX2XXX    XX24XX24XX    XXX2XXXXXX    XXXX2X2XXX
XXX2XXXXXX    XXXXX2XXX    XXXXXXXXX    4XXXXXXXX    XXX2XXXXXX    4XXXX242XX
X24XX4XX24    XXXXX2XXX    XXXXXXX2X    XXXXXX2X2    XXXXX4XXX    2XXXXXX4X
XXX2XXX4X4    X2XXXXXXX    XXXXXXXXX    4XXXX2XXX    2X22XXXXX    XXXXXXX4X
XX24XXXXX4    X2X4XXXXXX    2XX4XXXXX4    4XXX2X4XXX    4XX2XXXXX    XX4XXXXX42
XXXXXXXXXX    XXX244XXX2    XXXXXXXX2X    XXXX4XX4X4    XXXXXXXX4    XXXX2XX4X4
X24XX2X4XX    XXXXXXXX4X    XX4X2XXXXX    XXXXXXXXX    XXXXX4X4X    42XXX4XXXX
```

Case 5:23-cv-00708-M-KS    Document 33-1    Filed 03/10/25    Page 43 of 62

```
XXXXXXXX2X    XXXXXXXXXX    XXXXXXXXX2    XX2XXXX24X    XXXX2X4X2X    XXXXXXXXXX
4X4X2XXXXX    XXX2XXX2XX    XXX2X42XXX    4XXXXXXXXX    XXXXXX4XXX    2XXXXXXXXX
XX4XXX42XX    X2XXXXX2XX    2XXX4XX4XX    XXX2X44XXX    XX4XX2XX4X    XXX2XXXXXX
XX242XXXXX    XXX2XXXXXX    XXXX4XXXX2    X4X2XXXXXX    24XXXXXX4X    XXXXX4X42X
4X2XXXXXXX    XXX4XXXXXX    XXXXXXX2X4    XXX2X4X444    XXXXXXX22X    4XXXX4XXXX
4X2XXX4XXX    XXX4XX2XXX    XXX4XXXXX4    XXX42XXXXX    X4X2XXX4XX    XXXXX2XXX2
4X2XXXXXXX    XXXXX2X24X    XXXXX4XXXX    XX42XXXXXX    2XX4XXXXX2    XXXX2XXX22
XXXXX2X4XX    XXXXX442X2    XXXXXXX2X2    XX4XXXXXXX    XXX4XXXX4X    XXXXXX2XX4
XX2XXX42XX    X2XXXXX4XX    2XXXXX4XXX    XXXXXXXXXX    XXXXXXXXXX    XXXX4XXX24
4X24XXXXXX    XXXXXXXXXX    2X24244XXX    XXX42XXX2X    XX24X2XXX4    22XXXXXX4X
X24XX22XXX    X2XXXXXXXX    X2X44XXXXX    XXXXXX4XX4    XXX4XXXXXX    24XXXX2XXX
XX44X4XX4X    X2XXXXXXXX    XXXXXXX22X    XXXXXX4XX    XXXX4XXX2X    42X2XXXX42
XXXXXX44XX    XX2X4XX2XX    X4X2XXXXXX    4XXXXXXXXX    XXXXXXXXX4    XXXXX4424X
X24X4XXXXX    X2XXXXXXXX    X4XXXXXXXX    XXXX4XX4XX    XXXXXXX2X    XXX2X4X42
XX4XXXXXXX    X2XXXXXXXX    X2X4XXXX2X    2XXXX4XXXX    XXXXXXXXX2    2XXXXXXXX
X2424XXXXX    X2X22XX44X    2XXXXX4XXX    XXXXXXXXXX    4X4XXX4XX2    XXX2XXXXXX
X24XXXX44X    XXX22XX24X    X4XXXXX4XX    X4X2XXX222    X24XX2X4XX    42XXXXXXXX
4X4X42XXX4    X2X2X4XX4    XXX4X4XX22    2XXXXXX4X    XXXXXX44X    4X4X4XX44X
XXXXXXXXXX    X2XXXXXXXX    XXXXXX4XX    2X2XX4XX2    4XXXX42XX    XXX2XX2XX4
XX4XX4XXXX    X2XXXXXXXX    2X222XXX22    XXXXX2XXX    XX4XXX2XXX    XXXXX24XXX
4X4XX22XX2    XXX24XXXXX    XXXXXX422    X2XX2X2XXX    XXXXX4XXX    22XX2XXXXX
XX24XXXXXX    X2X224XXXX    XXXXX4XXX4    XX2XXXX4XX    2XX2X2XX4X    XXX4X4XX2X
XX42XXXXX2    X2XXX42XXX    2X4XXXXX24    XXX2XXX2XX    XXXX2X444X    24XXXXXX2X
XXXXXXXXX2    XXX2XXX4XX    4XXXXX22X    4XXXX2XXX    4XX22XXXXX    XXX2XXX2XX
4X2X2XX4XX    X2X2XXXXX4    XX2222XXXX    XXX2X4XXX    4X4XXXXXXX    22XXXXXXXX
4X4X4XXXXX    XXX2XXXXXX    XXXXXXXXXX    XX2XX2XXXX    XXXXX224X2    XXXXXXXXXX
4X4X4XXXXX    X2XXXXXXXX    XXXXXXXX2    XX22XX24XX    XXXXX24X4X    24XX2X2X4X
XXXXX4XXX    X2X2XX4X2X    XXXXXX2XXX    X4XXXXXXXX    XXXXXXXXXX    XXXXXXXX4X
4X4XXXXXXX    XXXXXXXXX4    X4XXXXX2XX    X4XXXXXXXX    XXXX2XXXXX    2XXXX4XXXX
XX2XX2XXXX    XXXXX2XX2X    2XXXX4XXXX    24XXXXXXXX    XXXXX4XXX4    XXXXXXX2XX
X24XXXXXX4    XXXX22XXXX    XXXXXXX2XX    2XX4XXXXXX    XX24X2XXXX    4XXXX2XX44
4X2XXXXX4X    XXX242XXXX    42XXXX2XXX    4XXX444XX4    XXXXXXX2XX    4XX42X2X4X
X4X24XX4XX    XXX24XX4XX    XXX2XXXXXX    XXX424XXXX    4XXXXXXX22    XX2XXXXXXX
X24X4XX2XX    XXXXXX2XXX    XXX2XXXX4    XXXXX2XXXX    XXXXXX44XX    X2X4X4XXXX
X4X444X4XX    XXXX2X2XXX    X2X2XXXXXX    XXXXXXXXXX    XXX42XXX2X    2XXX2XXXXX
2X24XXXXXX    XXX2XXXXXX    2XXX2XX442    XXXXXXXXXX    XXXXX2X2XX    4XX4XXXX44
XXXXXXXXXX    X2XXX4XX22    XXXXX2X4XX    XX4XXX4XX4    XXXXXXXX4X    22XX22XXXX
4X2X4X44XX    XXXXXXXXXX    22XXXXXXXX    2X2XX42XXX    4X4XXXXXX2    XXXXXXX2X4
X2424XXXXX    X2XXXXXXXX    X4XX2XXX24    XXXXXXXXXX    4XXXXXXXXX    4X44XXXXXX
2XX4X2XXXX    XXX44XX42X    2XXXXXX42X    XXXXX2XXX    XXXXX4X4X2    42XXXXXX44
XXXX4XXXXX    XXXX2XXXXX    XXXXXXXXXX    XXXXXXXXXX    XXXXXXXXXX    XXXXXX4XXX
X24XXXXXXX    XXXXXXXX2X    XXXXXXX44    4X4XX2XXXX    2XX2XXX4X4    4XXX22XXXX
4X4XXXXXXX    XXX2XXXXXX    XXXXX4XXXX    2XXXXXXXXX    XX2XX2X2XX    XXX24XXXXX
X24XXX2XXX    X2X2XX4XX4    XXX2X4XXXX    4XXXXX4XX    XXXXX4XX2X    2XXXXXXX2X
```

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
XX42XXX4X4    XXX2XXXXX2    2X2XXXX2X2    XX2XXXXXX2    XXXXXX2X4X    44XXXXXXXX
4X2XXXXXX2    X2XXXXXXXX    X4XXXX4XXX    2XXXXXXXX     XXXXXXXXXX    XXX2XXXXX2
4X4XX2XXX4    X2XXXX242X    XXX2XXX4XX    XXXX4XXXXX    XXXXXXXXXX    2XXXXXXXXX
4X24XXX22X    X2X4XXXXXX    X4XXXX4X2X    XXXXXXXXXX    4XXXX2X24X    XXXXXX2XXX
XXX4XXXXXX    X2X2XXX2XX    X4X2XXXXXX    2XXXXXXXXX    4X4X4X4XXX    XXXXX444XX
4X2XXXXX24    XXXXX4X4XX    XXXXXXXXXX    X4X2XXXXX2    XXXX2XXXXX    XXXX4XXXX2
4X2424XXXX    XXXX4XXX2X    XX44XXXXXX    XX2XXXX4X     XXXXXXXX4X    2XX24XXXX2
XX4X4XXXXX    X2XXXXX2X2    X4XXXXXXX2    4XXX2XXX4X    XXXXX2XXXX    4XX2X4XXXX
4X2X2XXXXX    XXXX2XXXXX    X4XXXXXX4X    X2XXXXXXXX    XXXXXX42XX    XXXXXXX2XX
XX4XXXX2XX    X2XXXXXXXX    22XXXXX4X2    XXX2XXXXXX    XXX4XXXX22    4X4XXXXXXX
XXX4XXXX24    XX4XXXXXXX    XX24X2X24X    XXXXXXXXXX    XXXXXXXX4     XXXX4XXX2X
4X2XXXXXXX    XXX2X4XXXX    4XX2XXX4XX    XX22X4XXXX    XXX2XXXXXX    XXXX2XXXXX
X24XXXXXX4    X2XXXXXXX2    2X42XXXX4X    XXXXXXXX2    XX424XX22X     22XXXX4XXX
XX42XXXXXX    XXX2XXXXXX    XXXXXXXXXX    XXXXXXXX2    XXXXXXXX4      4X4XXXXXX2
XXXXXXXXXX    XXX2XXX2XX    XXX2XXX4XX    4X44X4XXXX   XXXXX4XXXX     XXXXXXXXXX
4X2X2XXXXX    2XXXXX222X    XXXXXXXXXX    XXX4X4XXXX   XXXXXXXXXX     XXX42XXXX2
XX42X2XXXX    XX4XXXXXX2    X2XX2XX2XX    XXXXXXXXXX   XXX4XXXXXX     4XX2XXXXXX
2XXXXX2XXX    2XXXXXXX2X    XXX4XX4XX2    2XXX2XXXX2   XX4X4X4XX2     XXXXXXXXXX
XXXXXXX4XX    XX2XXXXX24    4XXX4X44XX    XXXXXXXXX4   4XX2XXXXXX     XX424XXXXX
XXXXXXXXXX    XX4XXXXX4X    XX42X4XXXX    2X2X2XXXXX   2XXXXXXX2      22XXXXXXX4
XXX4X42XXX    XX4XXX24XX    XX4XXXXXXX    2XX44XXXXX   XXX2XXX2XX     XXX2XXX4XX
4X4X4X4XXX    2XXXXXXXXX    X2X4X4XXXX    XX2X22XX2X   XX22XXXX4X     XX2XXX4XXX
4X44X44XXX    X4X2XXXXX    XXXX4X4XXX    XXXXX4XXX    XXXXX44XXX      22X2X2XXXX
X4XXXXX2XX    4XXXXXXXXX    XXXXXX2XX    4XXXXXXX4    XX2X2XX44X      2XXXX4XXX
XXX4XXX2XX    XXX22X2XXX    XXXX2XXXXX    XXXXXXXXXX   XXXXXXXXXX      4X4XX4XXXX
XXXXXXXXXX    XX42XX4XXX    XX2XXXXX42   XXXXXXXX2    XXX4XXXXXX      XXXXX2XX44
4X42X4XXXX    XXXXXXXXXX    4XXXXXXXXX    X4XX22X2X4   X2XXXXXXXX      44XXXXXXXX
4X4XXXXXXX    4XX2XXXXXX    XXX222XXXX4   XXXXXXXXXX   2XXX24XXXX      XXXX4XXXXX
XX4XXXXX42    X4X4XXXXXX    XXXX22XXXX    2X2XX4XX4X   22X2XX24X4      XXXXXXXXX2
XX44XXXXXX    XXX4XXXXXX    X2X4XXXXXX    XX44X2XX4X   4XXXX24XX       XXXXXXX4X
XXX4XXXXXX    XXXXX2X2XX    XXX42X4XXX    4X44X2XXXX   2XXXX4X4X       XXX2X4XXXX
XXXX4X44XX    XXX4X2XXX4    XXX4XXX4XX    XXX4XX2X44   2XXXXXXXXX      XXX2XX2XXX
4X4X42XXXX    XX4X242X4X    XXXXXX4XX    X4X2XX2XXX    2XX4XXXX2X      XXXX2XXXXX
XX24XXXXX2    XXXXXX4XX    2XXXX2XXXX    XX4XXXXX4X    XXX2XXX2XX       2XX4XXXX4X
XXXXXXXXXX    XXX2XXXX2    XX2XXXXXX    XXX2XXX4XX     XXX2XX4X22       XXXXXXXXXX
XX44XXX22X    XX2X2XXXXX    XX4XXXX224   XXXXXXX4X     XX2XXXXXXX       XXXXXXXXXX
2X2X2XXXX4    XXXXXXXXXX    XXXXXXXXXX    XXXX2X4XXX    4XXXXXXX24      XX4XXXXXXX
XXXXXXXXXX    2XX2XXX24X    X4XXXX2222   X2X2XX2XXX    XX224XXX2X       XXXXXXXXXX
XXXXXXXXXX    XXX2XXXXX    XXX4X2X2XX    XXXXXXXXXX    XXXXXXXXX2       XXXXXXXXXX
XXXXXXXX4X    4X4X4XXXXX    XXXXX4X4X    XXX4XXXXXX    XXX4XXXXXX       XXX2XXXX4X
XX422XXXXX    2X24XX2X2X    XXXX2XXX2X   42X22X4XXX    XXXXX2X2XX       4XXXX24XXX
4X4X4XXXXX    XX4XX24XXX    XXX44XXX2X   4XXXXXXX2    XX22XXXXXX        4XXXX4XXXX
4X4XXXXXXX    X4XXX2X4XX    XX4XXXX2X4   XXX4XXX2XX    4X44XXXXXX       XXXXXXXXXX
2XXXXXXXXX    XXX24XXXXX    XXX4XXXX42   XX4X2XXXXX    XXXXXXX44X       XXX2XXXXXX
```

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
2XXXX4X4XX    4XXXXXXXXX    X4XX4XXXX2    4X44X2XX2X    XXXX4XXXX2    4XXXXXXXX2
2X224XXX44    XX44XXXXXX    XX42XXXXXX    XXXX4XXXX4    XXXXX42XXX    4X4XXXXXXX
XX24X2X4X2    XXXXXXXXXX    XXXXXXXXXX    4XX44XXXXX    2X2XX4XXXX    XXXXXXXXXX
XXX4XXX4XX    XX44XX4XXX    2X2XX2X2X2    2XXXXXXXXX    2XXXXXXXXX    XX4XX4XXXX
2XXXXXXXXX    XXXXXXXX4    XXXX4XXXXX    XXXXX2XXX    4X4X2XX4X4    XXXXXXX2XX
XXX4XXXX2X    XXX2XX4XXX    XXXXXXXX22    4X4XXX4XXX    XX44XXXXXX    XXX2XXX4XX
2XXXXXXXXX    XXXX2XXXXX    XXX42X2XXX    2XXXXXXXXX    XXXXX4XX2    2XXXXX4XX
44XXXXXXXX    X2XXXXXXXX    X2XXXXX2X    XXXXX4X4XX    XX4XXXXXXX    4X4XXXXX4X
4XXX22X4XX    X2XXXXX2XX    2XXXXX2XXX    XX22XXX24X    XXX44XXXXX    XXXXXXXXXX
XX2X4XXXXX    XXXXXX44XX    XXXX2XXX4X    XXX22XXXXX    XXXXXX4XXX    44XXX4X4XX
XX4XX4X2X4    X2XXXX2XXX    XXXXXXXXXX    XXXXXXXXXX    4XXXX4XXXX    4XX2XXX2XX
XXX2XXXXXX    X2X2XXXXXX    XXXXXXXXXX    X2X2XXX4XX    X2X4422XXX    4X4XX42XXX
XX44XXXXXX    XXXXXXXXXX    XXX22XX242    X24X4XXXXX    XXX4XX2XXX    XXXXXX24XX
XX42XX4XXX    XXX42XXXXX    XXX444X2XX    X4XXXX2XX    XXX2XXXXXX    XXXXXXXXXX
XXX4XXX2XX    XX44XXXX4X    XXX424XXXX    X4XXX2XXXX    XXXXXXX4XX    XXXXXXXXXX
XXXX44XX2X    X4XX2X2XXX    XXXXXXXXXX    XXX2XXX4X2    XXXXXX242X    XXX2X2XXXX
XXXX22XXXX    XXX2XXXX4X    XXXXXX2XX2    XXX2XXX4XX    XX44XXXXX2    4X442XXXXX
4XXXXXXXXX    4XX2X4XXX2    2XX24XXX4X    XXXXXXXXXX    XXXXXX444    XXXXX2XXXX
XX422XXXXX    XXXXX2XXXX    XX42XXXXXX    XXXXXXX4X    4XXX4X2XXX    XXX2XXXXXX
XXXXX442XX    X2X4X2XX4X    44XXXXXXX4    XXXXX2XX4    X4XXXXX2X    XXXXXXX4X
XXX2XXXXXX    XXX4XXXXXX    XXXXXX2XX4    XX22XXXX2X    XXXXXXXXX2    4XXX4XXX4
XXXXX44XXX    XX4X4X4XX4    X4X22244XX    4X4XXXXXXX    XXXXX2XX2X    XXXXXXXXX4
XXXX4X2XXX    22X4XXXXXX    2X22XXXXXX    XXX42XXXXX    XXXX4X4XX    XXXXXXXXXX
XXXX2XX2XX    XXX4XXXXXX    XXXXXXX22X    XXXXXXX2XX    XXX4XXXXXX    XXXX4XXXX
XXXX24XXXX    2XXXXXXXXX    XXXXXXXXXX    XXXXX2XXX    XXX22XXXXX    XXXXXXXXXX
4XXXX4XXXX    XXXXXXXXXX    XXXXXXX22    XXXXX2XXXX    2X2XXX24XX    22X4XXXXXX
XX4XXXXXXX    4X2X4XX22X    XXXXX2XXXX    XXXXXXXX4    XXXXX44XXX    XXXXXXXXXX
XXXXX4XXXX    XXXXXXXXXX    XXXXXXXX2    2XXXXX2X2    XXXXX4XXX    4XX22X4X4X
XX42XXXXXX    2X2XXXXXXX    XX4XXXXXX4    22XX2XX4XX    4XXX4XXXXX    XXXXXXX424
XXXXX2XXXX    2X24XXX4X    XXXXXXXX24    XX2444XXXX    XXXXX2XXX2    4XXXXXXX4
XXXXXXXXXX    22XXXXXXXX    X4XX2XXXX2    44XX42XXXX    XX4X2XX2X2    42XXXX44XX
XX44XXXX4X    XX2XXXXXXX    X4XXXXXXXX    22X424X2XX    XXXX2X4XXX    XXXXX4XXXX
XXXXXXXXX2    4XX2XXXXX2    XXXXXX4XX    4X44XXXXXX    XXX4XXXXXX    XXXXXXXXXX
XX4XXXXXXX    X4X2XXX2XX    XXX2XXX22X    4XX4X4XXX2    XX44XXXX4    XX4XXXXXXX
XX4XXX2X2X    24XX4X2XXX    2XXX4XXXXX    XXXXX2XX2    XXXX4XX2XX    XXXX2XXX2X
XXX2XXXXX2    XXX2XXX2XX    4X4XX2XXXX    44XX2XX44X    XX44XXXXXX    XXXX2XXXXX
XX4X4XX4X    4XX2XXXXXX    XXX2X4XXX4    4XXX2XX4XX    XXX2XXXXXX    4X442X2XXX
XXXXXXX24X    XXXXXXXXXX    XXXXXXXXXX    4XXXXXXXXX    XX4XXX2XXX    XXXXXXXX4X
XXXXX2X244    XXX42XXXXX    2XXXXXXX2X    2X4XXXXXXX    XX2XXXXXXX    22X2XXXXXX
XXX2XX2X4X    XXXXXXX4X    XX44XXXXX2    X2XXX22XXX    2XX2X22XXX    XXXXXXXX22
XXX2XXXXXX    XX2X4X4X4X    2XXX2XX2XX    XXXXXXXXXX    X2XXXX2XX    44XX2XXXXX
XXXX24XXXX    XXX2XXXXXX    XX4XXXXX4    4X42XXXXX2    2XXXXX2XX4    4XXXX2XXX4
XXXX244X44    XXX2XXXX2X    XXX2XXXXXX    XX22X2X4XX    XXXXXXXX4X    XXXXXXXXXX
XXX2XX2XX2    XXXXXXXXX2X   X4X4XX42XX    22X2XX22X2    XXXX4X4X22    XXX4XXX4XX
```

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
XXX44XXXX4    XXXXX2XXXX    X4XXX4XXXX    XXXXX2XXXX    XXXXXXXX4X    24X4X2XXXX
4XXXXXXXXX    XXX2XX4XXX    4XXX2XXX4X    XXX4422X4X    24XXXXXXXX    4XXX4XXXXX
XX42XXXX2X    XXXXXX24XX    X2X4X4XXXX    XXX2XXX4XX    XXX4XXXXX2    XXX2XXXX2X
XXXXX2XX22    XXXXXXXX2    XX24XXX2XX    4X4XX4XXXX    XXXXX2XXX    XX2XXXXXXX
XXX2XXXX2X    XXXXXXXXXX    XXX2XXXXXX    XXXXXXXXXX    XXXXXXXXX2    22XX44XXXX
XXX24X2XXX    XXXXXXXXXX    XXXXXX2XXX    XXX2XXXXXX    XXX422XXX2    4XXXXXX44X
XX44X4XX4X    XXX2XXXX2X    XX4XXX2XX4    2XXXXXXXX    XXX22XXX4X    XXXXX4XXXX
4XX44X2XXX    XXX222XX2X    4XXXXX44X4    22XXXXXXXX    XX24X22XXX    XXXX2XXXXX
XXXXXXXX4X    XXX2XXXX4X    XXX4XXXXX    XXXXXXXXXX    2XX4X4XXXX    4XXXXX2XX
XXX4XXXXXX    4XXXXXX4X    2XX4X2XXX    XXX4XXXXX    XX224XXXXX    4X44XX422X
XXX22X2XXX    2XXXX2XXXX    2X222X4XXX    XX44X4XXX    XXXXXXXX22    XXX2XX2XXX
XXXXXX2X2X    XXX2XX4XXX    2XXXXXXXX    X2XXXXXXX    22XX222XXX    XX2XXXXXXX
XXXX2XX2XX    XXXXX22XX    X2XXXXXX2    4XX44XXXX    XXXXXXXXX    4X4XXXXX4
XXX24XXXXX    XXXXXX4X4    XXXXXXXXX    X4XXXXXXX    4XX2XXXXXX    4X2XXX2XXX
XX4XXXX2XX    XXXXX4XXXX    XXX4XX4XXX    22X4XXXXX2    XXXXXXX4X    XXXXXXXX4
4XXXXXXXXX    XXXXX4XXX    4XXXXX2X42    X2XXXXXX4    XXXX2XXXX    XX4XXXXXX
XX4XXXXX2X    XXXXXXXXX    2XXXXXXXX    XX4XXX4XX2    XXXXXXXXX    XXXXXXXXX
XX4XXXX2XX    XXX2XX4XXX    22X2XXXXX    X2XXXXXXX    XXXX42XX4    44XXXXX42X
XXXXXXXXXX    XXXXXXXX4    2XX44XXXXX    X2XXX444X4    XXXXXXXXX    XX444XXXX2
XXXXXX2X4X    XXX4XXXXX    XXXX44XXXX    X2X4XXX4X    XX442XXXX    XXXX2XXX4
XXXX22XXXX    XXX2XXX2XX    XXX4XXXXX    4X4X24XXXX    XXX24XXXX    XXXXXX2XXX
XXXXXXXXXX    XXXXXX2XX    X4XX4XX4XX    4X4XXXXXX    2XX4XXX4XX    XXX2XX4XXX
XXXX4XX4XX    XXX4X2XXX    XXXXXXXX4    4X422XXXX    22XXXXXX4    4X44XXXXX
XX4XXXXXX    4XX4XXXXX    4X4XXXXXX    2X22XXXXX    2XXXXXX4X    XX2XXXX2XX
XXX4XXXX4X    XXXXXX4XX    X4X42X4XX4    X2XX44XXXX    4X4XXX2X4X    4XXXX4XXX
XX424X42XX    4XXX424XX4    XXXXXXXXX    XXXXXXXX4    XXXX2XXXX    44XX22X4XX
XXXX4XXXXX    4XX22XX42X    XX222XXXXX    X2XXXX4XX    X4XXX44XX    XXX2XXXXXX
4XX2X4XXXX    XXXXX4XX2X    XXX4XXXX22    X2XXXXX2X    2XXXX4XXX    XXXX2X2XXX
XXXX4XX4X    4XXXX22X2    XX4XXXXXX    4X44XXXX4X    4X4XXXXXX    4XXXX4XX42
XXXX2XXXXX    XXXXX4X24    XXXXXXXXX    XXX4XX2XX    22X2XX2X4X    4XX2XXXXXX
XXX4XXXXXX    XXX4X42XXX    XXX4XX2X2X    4X4XXXX2XX    XXXX4X2XXX    4XXXXXXXX
4XXX22XXXX    XXX2XXXXXX    XXX2XXXX2X    XXX24XX2XX    XXXX4XX4X4    XXX2XXXX4X
XXX2XXXXX4    XXXX2XXXXX    XXXXX2X2XX    4X4XXXXXXX    44XX4XXXXX    2X22XXXX4X
XXX2XX2XXX    XXX2XXXXX    4XX2XXXXXX    2X24X2XXX2    4X4XXXXXX2    XXX4XXXXXX
4XXXXX22X4    XXX42XXX2X    2X24XXXXXX    2X2XXXXX2X    X4X4XXX22X    4XXXXXXXX
XXXX2XX4XX    XXXXX2XXXX    XXXX2XX22X    4X4XXXXXX    2X24XXXXXX    44XXX22X4X
XXX4XXXXXX    XXXXXXXX2    XXX4XXXXXX    X2X42XXX4X    XXXXX22XX2    XXX2XXXXXX
XXXX2XX42X    XXXXXXXXX    22XX2XXXXX    XXXXXXXXX    XX44XXXXX4    42XXXXXXXX
4XXXXXXXX4    XXXXXXXXX    XXXXXXXXX    XXXXXX4X4    44XXX4XXXX    XXX2XX4XXX
XXX22XXX2X    XXXXXXXX2    XXXXX22XX    XXXXXXXXX    XX42XXXXX    XXXXX42XXX
XXX2XXXXXX    4XXXXXX2    X4XXXX4XX    XXX2XXXXX    X4XXX2XX22    XX4XXXX4XX
XXXXXXX22X    XXXXXXXX2    XXXXX2XXX    4X4XXXXXX    XXX22XX2XX    2XXXXXXXX
XXXX424XX4    XXXXXXXX4    XX4XXXXX4    XXXXXXXXX    X4X2XXXX4    2XXXXXXX2
XXX4X2XXXX    XXXXXXXXX    XXXXX24XXX    2X2XX2XX22    4X4XX2X4XX    XXX24XX2XX
```

Case 5:23-cv-00708-M-KS    Document 33-1    Filed 03/10/25    Page 47 of 62

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
XXXXXXXXXX    XXX2X4XXX2    XXXXXXXXXX    XXX2XXXXXX    XXXXXXXXXX    4X4XXXXX4X
XXX2XXXXXX    XXX2XXX4XX    XXXXXX4XXX    4XXX4XXXX4    XXX4XXXXXX    XXXXX4X4XX
XX4XX4XXXX    XXX4XXXXXX    XXX2XXXXXX    X2X4XXXXXX    XXXX4XXXXX    44XXX4X4XX
4XX44XXX4X    4XXXXXX224    XXXX4XXXXX    XXX2X4X2XX    4X4XXXXXXX    XXXXXXXXXX
XXX2XXXX2X    XXX2XXXXX4    X4XXXX2XXX    4X4XXXXXXX    4X4XXXXXXX    2XXXX4XXX
XXXXX44XXX    XXXX4XX424    X4X2X4XXXX    4X4XXX4XXX    XXXXXXXXXX    42XXX4XXXX
XX4XXXX4X2    XXX2XX4XXX    2XX2X2XXXX    4X4XXX4XXX    X24X2XXXX    XXX2XXXXXX
XXX4XXXXXX    XXXXX22XXX    XXXXXX2XXX    XXXXXX2XXX    XXXX4XXXX2    24XXX2XXXX
XXXX2XXXXX    XXXXX4XXX    2X2X2XXXXX    XXXXX2XX2    2X2XXX42X4    24XXX4XX2X
XXXXX2XX24    XXXXXXXXXX    XXX42XXXXX    X2XXXXXX2    42XXXXXXXX    44XXXXX4X2
XXXX442X24    XXX4XXX2XX    X4X4XXXXXX    X2XXXXXX2X    XXX2XXXX4X    4XX2XXXXX2
XXX2XXXXXX    XXX4XXXX4     XXXXXXXXXX    XXXXX2XXX    XX4XXX2XXX    XXXXXXXXXX
XXX22XX44X    XX2X2XX422    XXXXX4XXX2    4X4XXX4XXX    XXX2XX2XXX    2XXXXXXX4
XXXXX2XXXX    XXX2X2X4XX    2XXX4XXXX    XXXXX2XXX    XXXXX4XX2    XXXXX4XXX
XXX2X4X4X    XXX2XXXXXX    XXXXXXXXXX    X2X2X2X2XX    22XXXX2XX    XXXXXXXXXX
XXX4XXXXXX    XXXXXXXXXX    XXX4XXXXX4    2XXXXXX2XX    2XXXXXX4X4    XXXXXXX4XX
XXXX442XXX    XXXXX4XXX    2XXXXX2X2X    4X4XXX4X4X    XX422XXXXX    22XXXXXX4X
2X2XXXX4XX    XXX22X22XX    2XX2XXX22X    X2X42XX24    XXXX4XX242    XXXX4XX2XX
24XX2XX4X4    4XX4X2XX2X    XXXX2XXX4    XXXXXXXX4    2XXXX2XXXX    XX4XXXXX4
XXX2XXXX4    4XX2X4X2XX    XXXXXXXXX    4X4XXXXXXX    2XX2XXXXX    XXXX2X4XXX
XX22XXX4X    XXXXXX2XXX    XXXXXXXXXX    X2XXXXX2XX    X4XXXXXX22    XXXXXXXX4X
X242XXXXX    XXX2XXXXXX    X4X4XXX2X2    X2XXXXXXX    XXX2XXXXXX    XXXXXXXXXX
2XXXXXXXX    XXXXXXXXX    XX2XX4XXX    4X4XXXXX2X    2XXXX2XXX4    XXXX2X4X2X
XX24X2X4XX    XXXXXXXX2    XXXX4XXX4X    4X424XXXX4    X24XXXX2XX    22XXXXXXX
XX222XXXXX    XXX4X2XX2X    X4XXXXXXXX    2X2XXXX4X2    XXXX4XXXXX    XXX2XXX22X
24XXX2XXX4    XXXX24XXXX    XXXXXX4XX    4X4XXXXXXX    XXXXXX4XX    44XXXX4XXX
XXXXXXXXXX    XXXXX4X4X    XXXXX4XXXX    4X44XXX2XX    XXXXX4XXX    XXXXXXX2XX
XXXX44XX2X    4XXXXXX2X    X2XXXX4X2X    4X4XXXX2XX    XXX4X24XXX    XXXXXXXXXX
XXXXX2XXX    XXXXX2X2X    24X4XXXXXX    4X42XXXXX    XX42XX22XX    XX2XX4X22X
XXXXXXXXXX    XXX4XXX2XX    XXX2XXX24X    4X44XXXXX    4XX2XX2XXX    XX22XXXXX
XXX22XXXXX    4XXX22XXXX    X2X2XXXXXX    2X22XXX2XX    X4XXXX2XX4    XXXXXXX4X
2X244XXXX2    4XXXXXX24X    XXXX44XXXX    X2XXXXX4X    XXXXXXXXXX    44XXXXXXX
XXX2XXXXXX    XXX2X42XX2    XXXXXXXX2X    X2XXXXXXXX    XXXXXXXXX2    44XXX4XXXX
XXXX4XXXXX    XX44XX4X2X    XXXXX24XXX    XXXXX24XXX    2XX442XX2X    24XXXXXXXX
2X2XXXXXX4    4XXXX2XXX    XX2XXXXX4X    X2XXXX2XXX    2XX22XXX22    4XX4XXXXXX
XX4X4X4XXX    XXXXXX4XX    XXX4XX2X4X    X2X2XXXXX4    2XXXX4XXX    44XXXXXXXX
2XXXX4X4XX    XXXXXXXXXX    XXXXXX2XX    4X4XXX2XX2    42X2X22XXX    XXXX44X4XX
XXXXXX22XX    4XXXXX2XXX    X4XXXXX24X    2X2XXXXXXX    2XX2X4XXXX    XXXXXXX42X
4XXXXX42X    XXXXXX4XX    2X2X442XXX    XXXXXXXX4    XXX4XX2X4X    XXXXXX4X4X
XX2XXX2X22    XXXXX24XX    XXX2XXXXX    4X4XXXXXXX    XXX2XX2X24    XXX44X4XXX
4XXXXXX4X    XXXX44XXXX    XXX4X2XXX    4X4XXX2X2X    2XXX4XXXXX    XXXXXXX4X
XXXXXXXXXX    XXXXX2X2X    XXXX224XXX    X2XXXXXXX    42XX4XXXXX    22X2XXXXXX
XXX2XXXXXX    XXXX4XXXX    XXXXXXXXX2    X2XXXXXXX    2XXXXXXX4    24XXX4XXXX
XXXXXXX2XX    XXXXXXXXXX    XXXXXXXX4    XXXXX2XXXX    2XX2XX4XXX    2XXXXXXX2
```

48

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
XX2X4XXXXX    XXXXXXXXX2    4XXXXX2XXX    4X4XX4XXXX    2XX2XXXX2X    X24X2X2XX2
XXXXXXX4XX    XXXXX2X4X4    2X2X2X44XX    4X4XX2XX24    XXXXX4XXXX    XXXXXXXXX4
XXXXXXX2XX    XX22XXXX4X    XXX4XXXXXX    4X4X22XXX2    XX42XXXXXX    XXX2XXXX4X
XXX4XXXXXX    4XXXXX24XX    X4XXXXXXXX    XXXX22XX42    XXX2XX4XX4    XXXXXXXXXX
X4X2XX4XX4    XXXXXXX422    XXXXXXXXX2    4X4XXXXX42    2XXXXXXXXX    4X4XX44X2X
XXXXXX4XXX    XXXXXXXXXX    X2XXX2XXX4    2X222XXXXX    2XXXXXXX4X    4XX2XX2XXX
XXXXXXXXXX    4XXXXXXXXX    4XX2X22XX2    XXXX4XX22X    2XXXXXXXXX    XXXXXXXXXX
2X2XXXXXXX    XXXXXXXXXX    X4X4XXXXXX    X2XX4XXXXX    2XXXXXXXXX    XXXXXX4XX
XXXXXXXXXX    XXXX2X22XX    XXXXXXXXXX    XXX2XXX4XX    XXXXXXXXX4    22XXXXXXXX
XXXXXXXX2X    4XX4X2XXXX    X4XXXXXXXX    XXXXXXXXXX    XXX4XX2X2X    22X4XX2XXX
XXXXXX2XXX    4XXX2XXXXX    XXX4XXXX2X    XXX2XXXX2X    2XX2XXX222    XXXXXXXXX2
XX2XXX2XXX    XXXXXXXX4X    XXX4XXXXXX    4X4XXX4XXX    2XX4XXXXXX    XXXXX2X2X
XXXXXXXXXX    XXXXXXXX2X    XXX4XXXXX2    4X4XXXXXXX    XXXXXXXX2    2X2XXXX4X
XX44XXX4XX    XXX4XXX4XX    XXX2XX4XXX    X2XXXXXXXX    2XXXXXXXXX    XXX4X42X2
2X24XXXX4X    4X4X42X4XXX    XXX2XX4XX    4X4XXXXX22    2XXXX4X2X2    XX224XXXXX
XXXXXXX44X    XX42XXXXXX    XXXXX4XXX    4X4XXX2XXX    XXXX4X4XXX    XXXXXXXXX2
XXX2X4X2XX    4XX4XXXX4X    XXXXXXXXXX    2X2X2X2XX4    XXXXXX4XX    22XXXXXX42
4X4X2X2XX    4XX42XXXXX    XXXX44X4X    XXXXX2XX4X    2XXXXXXXX    XXXXXXXXXX
X4XXXXXX22    XXXX2XX2XX    XXXXXXXXX    XXXXXXX22X    XXXXX2XXXX    XX4XX4XXX4
XXXXXXX2XX    4XX2XXXXXX    XXXXXX2X2    4X4XXXXXX4    2XXXXXXXX    XXXX2XXXX
XXX24X2XXX    XXXXX2XXX2    X4XXXXXX2X    XXX22XX2XX    2XX422XXXX    44XXXXXXX
XXXXXX44XX    XXXX44XXXX    XXXXXXXXX    X2X2XX4X2X    2XXXXXXXX2    4XXX22XX4X
4XXXXXXXX    XXX24XXXX    XX2X2XXXX    X2X4X4XX4    XXXXXX42X    XXXXXXXXXX
2XXXX4XXXX    4XXXX4XXX    XXXXXXXXX    X2XXXXXXX    2XXXXXXXX    XXXX2XXXXX
XX4XXXXXXX    XXX4XXXXXX    XXXXXXX424    4X4XX42X4X    XXXXXXXXX    22XX2XX422
2XXX2XXXXX    4XX2XXXXXX    XXXXXXXX2    XXXXXXXXX    XXXXXXXXX    24XXXXXX4
4X24XX4XXX    XXXXXXXX4X    XXXXXX2XXX    4X42XXXXXX    42XXX24XXX    XXX4XXXXX
XXXXXXXXXX    XXXXXX22X    XXXXXXXXX    XXXXXXXXX    2XXXXXXXX    4XXXXX4XX
4X24X24X2X    XXX4XXXXXX    XXXXXXXXX    4XX2XXXX2X    XXXXXXXXX    XXX2XXXXXX
XX4XXXXXXX    XXXXX22X2X    XX2XX4XXXX    XX244XX4X4    2XXXXX2XX    XXXX2XXXX
4XXXXX24XX    XXXX4XXXXX    XXXXX22XXX    X2XXX4X4XX    42XX4X424X    4XXXX4X2XX
4X4XXXXXXX    XXXXXXXX2X    XXXXXXXXXX    4X4XXXX4XX    2XX22XX4XX    4XXXXXXXXX
XXX4XXXXXX    XXX4XXX4XX    XXXX4XXX2X    XXXX4XXXX4    42X2XX4XX2    4XXXX22XXX
XXX422XX22    XXXXXX4XX    XXXXXXXXX    X2X4XXX2XX    42X2X2XX44    XXX442XXXX
XX4XXX4XXX    XXXX24XXXX    XXXXXXXXX    X2XXXXXXX    2XX2XXXXXX    44X24X2XXX
XXXXXXXXXX    4XX2XXXX22    XXX4XXXX2X    4X4XXXXXXX    42XXX2X2XX    XX4XXX4X4X
2XXXXXXXXX    4XX2XXX24X    X4X22X2X4X    X2XXXXXXXX    42XX44XXXX    4XX22XX4XX
XXXXXXXXXX    XXXXXXXXXX    XXX2XXXXXX    22444XXX2X    XXXXXXXXX2    XXX4XXX4XX
XXX2XXXXXX    XXXXXX4XX2    XXXX2XXXXX    2X2XXXX42X    XXXX2XX44X    XXXXXXXXXX
XXXXX2XXXX    XXX4XXXXXX    XXXXXXXXXX    X2XXXXXX2X    2XXX4XXXXX    4XXXXXXXXX
XX2X2XX2XX    XXXXXXXXXX    XXXXX4XX44    2X2XX44XXX    2XX4XXXXXX    2XX44X4XXX
X4XXXXX4XX    XXXX2XXXXX    XXXXXXXXXX    XXXXXXXXXX    XX24X4X4XX    XXXXXXXXXX
XXXXXXXXXX    4XXX4X2XX2    2X2XXXX4XX    X2XXXX2X2X    XXX2XXXXXX    XXXXX2XXX
4X44XXXXXX    XXXXXX4XXX    4XXX4X4X22    4X4XXXXXXX    2XX24XXXXX    XXXX2XXXX2
```

Case 5:23-cv-00708-M-KS    Document 33-1    Filed 03/10/25    Page 49 of 62

```
42XXX4X4X4    XXXXXXXXXX    XXXXXX4X2X    X2X2X4XXXX    2XXX2XX4X4    44X44XXXXX
XXXXX2XXX4    XX44XXXX4X    XXX4X2XXXX    4X4XX2XX24    2XXXXXXX2X    XXX2XXXXXX
XX42XXXXX4    XXXXX2XXXX    XX42XXXXXX    4X42X42XXX    2XXX2XXXX2    XXXXX2X4XX
2X2X2XXXXX    4XX4X42XXX    4XXXXXXX44    4X4XXXXX42    2XXX4XXXXX    2XXXXXX24X
22XXXX22XX    4XXX4XXXXX    4XX2XXXX44    X2XXX4XXXX    XXXX4XXX4X    44X4XXXXX4
XXXXXXXXX4    4XXX444X24    XXXXXX244X    4X42X2XXXX    XXXXX4X2X2    XXXX4XX4XX
4X2XXXXX44    XXXXX2XXX    XXX4XXXXXX    24XXXXXX2X    XXXX2XXX4X    XXXXXXXXXX
XX22XXXXX4    XXXX4XXXXX    XXXXXXXX2X    4X4XXX42XX    XXXXXXXXXX    XXXX4XXXXX
2XX4442X2X    4XXX4XXXXX    2XXXXXX4X4    2X22XXXXXX    XXXXX2X4X    XXXX4XXXX
XXXXXXXXXX    XXXXXXXX2    4XXXXXXXXX    XXXXX2XXXX    XXXXXXXX42    24X2XXXXX4
XXXX2XXXXX    XXXXX2XXX    2XXXXX4XXX    XXXXXXXX4    XXXXX4XXXX    XXXX4XXXX
XXXX2XXX4X    XXX2XXX4XX    XXXX2XXXXX    X2X22XXXXX    X2XXXXX4X4    XX4X2X2XXX
2X2XXX2XXX    XXX24XXXXX    XXXX2XXXX2    2X2X2XX2X2    XXXXX2XXXX    XXXXXXXXXX
XXXX2X4XXX    XXX2XXXX4    XXXXXXXX2    X2XXX2XXXX    2XX4XX4XXX    4XXX4XXXXX
4X4XX2XXXX    XX2XX2XXX2    XXXXXXXX4    X2XXX2XXXX    2XXX24XXXX    4X4XXXXXX2
XX4XX244XX    XXXX222X2X    XX4XXXXXXX    4X4XXXX44X    XXXXXXXXXX    XXXXXXXXXX
XXX22XXXXX    4XX2XXXX2X    XXXX4XXXXX    XXX2XXXXXX    2XXX2XXXX4    44XXX42XXX
XX4XXXXXXX    XXXXX2X24X    XXXXXX24X2    4X4X42X2XX    2XXXXXXXX    2X2XXXXXXX
XX4XXXX4XX    XXXXXXX4X    X2XXX2XXX    4X42XXXX4X    2XXXXXX22X    XXXXXXXXXX
XXXXX22XXX    XXXXXXXX2    XX2XXX2XXX    XXXXX24XXX    42XXX4X2X    4X2XX2XXX
XXXXXXXX4X    4XXXXXXX2    XXXXXXXXXX    XX2XXX4XXX    XXXXX2XX4X    44XXXXX4XX
XXXX4XX4XX    XXX2XXX4XX    XXX2XXXXX4    4X42422XXX    XXXXXX4XX    4XX2XXXXXX
XXX424X4XX    XXX4XXXX4X    XXXXXXXXXX    4X4XXXXX2    42X2XXXXXX    4XX4X444XX
XXX2XXXXXX    XXXX4XXXX    X4X4XXXX4X    4X4X4X42XX    XXXXXXXX2X    2XX4X4XXX2
XXXX4XX44X    XXX2XX2XX4    XXXXX2XXXX    X2XXXXXXX    XX4XXXXXX    2XX22XXX2X
2X2X4XX44X    XXXXXXXX4    2X2X4XXX2X    2X2XX2XXXX    XX2XX42XXX    XXX2XX4X2X
XXXXXX2X4X    XXX2XXXX2X    XXXXXXX2XX    X2X2XX4XXX    XXXXXXXXX    XXXXXXXXXX
XX4XXXXXXX    XXX2XX2X42    XXXXXXXXXX    XXX2XX224X    X2XXXX4XXX    24X4XXXXXX
XXX2X4X4XX    4XXXXXXX4    XXXXXXXXX    2X2XXXXXXX    XXX4X2X2X2    XX2XXX2X2X
4X4XXXX4X4    XXXXXXXXXX    4XXXX4XXXX    4X424XX4XX    XXXXX4XXXX    22X2XXXX4X
XXX2XX2XXX    XXX4XXXXXX    XXXXXX4XX    XXX4XXX2XX    2XX4XX2XX    4X4XXXXXXX
XXXXXXXX4X    XXXXXXX2XX    XXXXXXX4X2    XX22XXXXXX    42XXXXXXXX    2XX24XX4XX
XXXX2XXXXX    XXXXXXXXXX    2XXXXXXXX2    X2X4XXXXXX    2XXXXX4XX    XX4XX2X24
2X2XX44XXX    XXXXXXXXXX    XXX424XXXXX    X2XX2XXX4X    42XXXXXXXX    XXXX2X42XX
4X22XXXX4X    XXXXXXXXX2    X2XXX2XXXX    4X42XXXX2X    2XXXX4X2XX    XXX24XX2XX
22XX2XXXXX    XXXXXXX4XX    X4X4XXXXXX    4X4X24XXXX    XXXXXX4X2    XX4XXXXXXX
4XX4XX2XXX    XXXX4XXXXX    XXXXXX4X2X    X2X22XXXXX    XXXX42XXXX    XXX2XXXXXX
2X2XXX24XX    XXXX4XXX4X    XXXX2XXXXX    2X2XXXXXXX    XXXXXXXXXX    XXXXXXXX4X
XXXXXX224X    XXXXXXXXXX    XXXX2XXXX    4X44XX2X2    XXX22XXXX4    XX42XXXXXX
2X2XXX2XXX    XXX2XXXXXX    4XXXXXXX42    2XX2X22XXX    42XX24XX2X    X4X24XXX22
XX44XXXXX2    XX44XXXXXX    X4XXXX2X2X    4X4XXXXXXX    XXXXXXXX2X    4XXXXXXXXX
XX4X2XXXXX    XXXX4XXXXX    XXXXXX4XX    4X4XXXXX4X    XXXX2X2XX4    22X22XXXXX
XXXX44XXX2    4XX2XX2XXX    X4XX4XXXXX    2X2X24XX4X    2XXXXXXXXX    2XXXXXXXXX
XX4XXX2XX4    4XX2XXXXXX    X4XXXXX2XX    4X4XXXXXXX    XXXXXX22XX    44XXXXXX44
```

```
XXXXXXXXX4    XXXXXXXXXX    4X4X2XXXXX    XXXX44XXX4    2XXXX22XXX    44XXXXX2XX
XX44XXXXX4    XXX2XXX4XX    XXXXXXX4XX    XXX44X4XXX    XXXXX2XXXX    XXX24XXXXX
XXX2X4XXXX    XXX2XXXXXX    XXXXXXXXXX    X2XX4XXX44    2XX4X4X4XX    XXX2X2XXXX
XXXXXXXX2X    XXX22XX44X    X4X4XX22XX    X2X2XX4XXX    XXXX4422XX    XXXXXX2XXX
X4X4XXXXX4    XXXXXXXXXX    XXXXXX4X2X    XXXXXXX42X    XXX2XXXX42    2X2X4XX44X
XXX4X4XXXX    XXXXXX444X    XXXXXXXXXX    XXX22XXXX2    2XXXXXX44X    XXX2XXXXXX
XXXXXXXXX4    XXXXXXX2X     2XXXXXXXX     2X2XXXXX4     2XXXXX2XX4    4XXXXXXXXX
4XX2X4X4XX    XXXXXXXXXX    X4XXXX24XX    4X424242XX    XXXXX444XX    XXXXXX4XX
XXXXXXXXXX    XXX2XXXXX4    X4X4X4X4XX    4X4XXXXXXX    2XXXXXX2X     XX42XXXXXX
XXX2XX2XXX    XXX4XXX2X4    XXXXXXXX2X    XXX422XX4X    2XX4XX2X4X    XXXXX4XXXX
XXXXXXXXXX    XXXXXXXXXX    4XX2XXXXXX    2X2XX42X4X    XXXX4XX2XX    44XXXXXX2
XXX4XXXX44    XXXX4XXXXX    XXX4X2XXXX    X2XXXX2XXX    42X24X2XXX    2X222XXXXX
2X24XXX2X2    XXXX4XXXX2    X4X2X4X44    XXXX4XXXX4    2XXXXXXXX     2X222XXXXX
XXX4XXX4XX    XXXX4XXXXX    X2XX4XXXX2    2X2XXXXX4     XXXXXX44XX    XX2X2X2XX2
X4XX2XXX4X    XXXX4XXXXX    X4X4XX2XXX    X2X4XXXXX     2XX24XXXX4    X24XXXXX4X
24XX44X4XX    4X4X2X4X42X   2X2XXXXXX2    XXX2X24XXX    XXXX2XXX22    XX22XXXXXX
XX2XXXXX2X    XXXXXXXXXX    X4X2XXXXXX    X2XXXXXXX2    XXX2XX4X2X    X2XXXXXXXX
XXX4XXXXXX    4XXXXXXX4     2XXXXXXX2X    4X44XXXX4     XXX4X2XXXX    2XX2XXXXXX
XX4X2XXXXX    XXXXX42XXX    XXXXXXXXX4    XXXXX4XXX     XXXXXXXXXX    2XXXXXXXXX
XXX4XXX4XX    4XXXXX42XX    XXX2XXX24X    4X4XXXXXXX    XXX2XX4XXX    22XXXXXXXX
XXX2XXX42X    XXX2XXXX2X    XXXXX2XXX2    4X4X4XX24X    2XXXXXXX4X    2XXXXXXXXX
XX4XXXXXXX    XXX4XXXXXX    2XX2XXX2XX    4X4XXXXXXX    2XX22X24XX    XXXX2X42XX
XXXX24XXX2    XXXXXXXXXX    XXXXXXXXXX    X2X4X2XXXX    2XX2X2XXXX    4XX244XXXX
XXX2XX4XX2    XXXXXXX2X4    2X2X4XXXXX    2XXXXXXXXX    XXXXXXXXX2    XXXXXXXXXX
42XXXXXXXX    4XXXXXXXX2    XXXXXXXX4X    2X2XXXXXXX    XXX2XXXX4X    4XX244XXXX
2X22XXX4XX    XX4X2X2X2XX   2XXXXXXX4     2X2XXXXXXX    2XX24XXXXX    XXXXXXXXXX
XXX2X2XX4X    XXXXXX22X4    XXX4XXXXXX    4X42XXXXXX    XXXXXXXXXX    XXX2XXXXXX
XXXXX4XX2X    XXX2X4X2XX    XXXX2X4X2X    4X4XXXX2XX    XXXXXXXXXX    44XXXXXXXX
42XXXXXXXX    4XX22XXXXX    XXX4XXXXX4    2X2XX2X2XX    2XX2XX22XX    4XXXX2XXXX
X24XXXXXXX    XX4XXXX4XX    XXX24XXX4X    XXX4XX2X2X    XXXXXXXXXX    XX42XXXXXX
XX4XXX2XXX    XXXXXXXXX4    XXXXXXX4X    XXX4X244X    XXX4XXXXXX    XXXXXXXXXX
2XXXX4XX4X    XX2XXXXXXX    2X2XXX4XXX    X2XXX2XXXX    XXXXX2XXXX    XXXXXXXXXX
XXX424XXXX    XXX244X24X    X4XXXXXX42    X2XXXXXXXX    2XX4XXXXX4    XXXXXXXXXX
XX4X2XXXXX    XXXXXXXXXX    4XX4X4XXXX    4X44XX4XX2    XXXXXXXXXX    4X4XXXXXXX
XX2XXXXXXX    XXXXXXXXXX    XXXXXXXXXX    4X4XXXX242    XXX22XXX4X    X2XXXXXXX2
XX2XXXXXXX    XXXXX2X2XX    X4XX22X2X2    4X4XXXXX2X    XXXXXXXXXX    4XXXXXXXXX
XX44XXXXXX    XXX2XXXXXX    2XXXXX2XXX    4X4XX42X4X    2XXXXXX4X4    4XXXXX2XX
X24XXXXXXX    4XXXXXX2XX    XXXXXXX2XX    2X2X22XX4X    XXX42XXX44    2XXXXXXX2X
XXX4XXXXXX    XXXX4XXX4    XXX4XXXX4X    2X2XXXXXX4    XXX2XXXX4X    4X4XXXXXXX
XXX4XX224X    XXX2XX4XX4    XXXXXX2X4X    XXXXXXXXXX    XXXXX422X    XXXXXXXXXX
XXXXXXXXXX    XXX2XXXX2X    XXXX42XXX2    4X4XXXX4X4    XXXXXX2XX    42XXXX44XX
XXXXXX4XX4    XXXXXX4XXX    XXXXXXXXXX    XXX42XXXXX    2XXXX4XXXX    XXX2XXX442
XXXXXXXXXX    XXX4XXXXXX    XXXXXXXXXX    X2XXXXXXXX    2XXXX2XX2    XXX2X224XX
X24XXXXXXX    XXXXX4X2X    X4XXXXXXX2    4X4XXXXXXX    42XXX2XXXX    4XX44XXXXX
```

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
2XXXXXX22X    XX422XXXXX    XXXX4XXXXX    XXXXXXXXXX    XXXXXXXX4X    XXXXXXXXXX
X4X2XXXXXX    XXXXXX4X42    XX42XXXXX2    XXXXXXXXXX    X4XXXXXXXX    XXXXXXXXXX
XXXXXX4X4X    XXXXX422XX    XX44XXXXX4    XX4XXXX4X2    2XXXXXXXXX    4XX4X4XXXX
4X2X2XXXXX    XXXX2XXXXX    XXXXXXXXXX    XXXXXXX2X     42X2XXXXX2    2XXXX4XXX
XX2XXXXXXX    XXXXXXXXXX    XXX2XXXX4X    XX4XXX2X2X    24X2XXXXXX    XXXX4XXXX
XXX2X4XXXX    4XXX4X2XXX    2XXXXXX244    24XXXX2XXX    XXX2XX2XXX    XXXXXXXXX2
XX24X44XXX    XXXXXXX2XX    XXXX4XXX22    2XXXXX4X4    XXX22XXXX4    XXXXX2XXXX
2X242XXXXX    XXXXXXXX4     X4XXXXXX2X    XXXXXXXXXX    2XXXXXXXXX    XXXXXXXXXX
2XXX2XXX2X    XXX4XXXXXX    XXX2XXXXXX    XXXXX2XXX     XXXXX2XXXX    4XXXXXXXXX
4X4XX422X2    XXXX4XXXXX    XXX2XXXXXX    XX4XXXXXXX    XXXXX2XXXX    XXXXXX4XXX
XXX2X2XXXX    XXXXXXXXXX    X4XXXXXX44    4X4XXXXX4X    2XX2XX2XXX    42XXX2XX2X
24XXXXX2XX    XXXXXXXXXX    XXXX2X2XX4    X2XX4XXXX2    2X22XXXX2X    XXX2XX4XXX
XXXXXXXX2X    XXXXX44XXX    X2X2XXXXXX    4XXXXXXXX    42XXXXXX4X    44XXXXX2XX
X24XX22XX4    XXXXXXXXXX    XXXX4XXXX2    XXXX4X4XXX    XXXXX222XX    XXXXX4XXX4
XX24XXXXXX    4XX2X42XXX    2X22X4XXXX    XXXXXXXXXX    XXXXXX2XXX    XXXXXXX2XX
X24X4XXXX4    4XXXX2XXX2    XXXXXXXXXX    XXX2X24XXX    2XXXXX4XX4    4X4XXXXXX2
XX4XXXXXXX    XXX24X44XX    XXXXXXXXXX    2XXXXXX2XX    XXXXXX2XXX    XXXX44XXXX
4X2XXXXXX4    XXXX442XXX    XX2XX4X4XX    XXXX4XXXX    2XXX4XXXXX    24XXXXXXXX
XXXX4XXXX2    4XXXX4X442    XXXXX4XXXX    XXXXXXXXXX    XXXX2XXXXX    XXXXXXXXXX
XX2X2XXXXX    XXXXXX4XXX    2X2X42XXXX    XX2X4XXXXX    2XXXX4X44X    X24XX22XXX
4X4X44X4XX    4XXXX4XXXX    XXX2X4XXXX    XX4XX2X4X4    424XX2X42X    XXX4X4XXXX
XX2442XX4X    2XXXXX4XX     XX4XXXXXX4    XXX2XXXXXX    42XXXX2XXX    4XXXX4XX2X
XX4XX22XXX    XXXX42XXX     XXX4XX2244    XXXXXXXXXX    XXXXXXXXXX    XXX4XXXXXX
4X4XX2X4XX    XXX2XXXXXX    XX44XXXXXX    XXXXXXXXXX    2XXXX2XXXX    XXXXXXX242
XXXX2XXXXX    XXXXXXXXXX    XXXXXXXXXX    XXXXXXXXXX    XXXXXXXXXX    XXX2XXXXXX
XXXXX4X4XX    XXX4XXXXXX    XXXXXX2XXX    4XX2X4XXXX    XXXXXXX24X    XXXXXX4XX
XXXX4XXXXX    XXX2XX2XXX    2X2XX4X4X4    XXX2XXXX2X    XXXX2XXXXX    2XX2X44XXX
XXXXX2XXXX    XXXX22XXXX    XXX4X22X4X    4XXXXXXXX     XXXX2XX2XX    XX4XXXXXXX
42X44X4X44    4XX2X4XXXX    X4XX2X4X42    X2XXXXX4XX    2XXXX42XX2    XXXXX4XXX2
XX2X4XXXXX    XXXXXXX4XX    X4X4XXXXXX    2XXXX2XX4    42XXXXXXXX    XXX2XXXXXX
XXXX2XX2X2    XXXXX4XX2X    X2X2XXXX2X    XXXXXX4XX    2XXXXXXXX    XXX2XXXXXX
2X2XXXXXXX    XX4XX4XX2X    X4XXXXXXXX    XXX2XX2XXX    XXXXXXXX42    4XXX22XX2X
4X4XXX2XXX    4XX222XXXX    XXX4XX44X4    22X4XX4XXX    2XXXXXXXX     X2XXXXXXX2
XXXXXXX22X    XXXXX24XX4    XXXXX2X2XX    4XXXXXXX4     2XX4XXX2X2    4XXXX4X2XX
XXXXXXXX4X    4XXX4XXXXX    4XX2XX2XXX    2XX2XXX2XX    XXXXXXXXXX    4X44X2XXX4
XXXXXXXX4X    XX424XXXXX    XXXX4XX4X2    XXXX4XX2XX    2XXXXXX2X    XXX2XXXX4X
42XXXXXXXX    4XX2X4XXXX    XXXXXXX4XX    XXXXXXXXXX    XXXXXXXXXX    24X2XXXX2X
X4X2XXXXX4    XXXXXX24XX    2XX2XXX2XX    X2X2XX4XXX    XXX22X4XXX    XXXXXXXXX4
XXXX2X2X44    4XXXXXXX2    X2XXXX24XX    XXX2X2XXXX    2XX4XXXXXX    XXX2X44X4X
X4XXXXX4XX    XXX2XX2XXX    XXX2XX42X4    22XX22XXXX    XXXXXXXXXX    XXX4X2XXXX
XXXXXXXXXX    4XXXXXXXXX    XXXXXX4X2    XXXX4XXX4    2XXXXX4XX    2XXXXX2XX
XXX4XXXX44    XXX2XXXXXX    XXX2XXX4XX    2XXXXXXXXX    2XXXXX2XX    XXXX4XXXXX
XXX2XX4X4X    4XX22XXXXX    4X44XXXX42    XXXXXXX2XX    XXXXXXXX4X    X2XXXXXXXX
X4XX4XXXXX    XXXX2XXXX2    XXXXXXXXXX    X4XXXXXXXX    2XXXXXX4X    XXXX2XXXXX
```

```
XXXX24XXXX     XX4XXX4X2X     XXXXX4XXX2     XXXXXXX22X     2X24XXXX42     2XXX24XX4X
XXX2XX2XXX     XXX4XXX4XX     XXXXXXXX4      XXXXXXXXX      24XX44X4XX     XXXXX4XX2X
XXX4XXXXXX     XXXXXX4X2X     XXX22XX4X2     X4XXXX4XXX     2XXXX2XXXX     XXX2XXX42X
XXX4XX4XXX     2XXXXX4XXX     2X2XX4XX24     4XXXXXXXXX     42X2XXXX4X     XXXXXXXXXX
XXX4XXXXXX     XXX4422XXX     XXX4XXX2XX     XXXXXXX2XX     2XXXX2XXX2     XXXXXXXXX2
XXXX2XXXXX     XX44XXXX2X     X4XXXX24XX     4XX4X4X4XX     XXX4XXXXXX     XXXXXXXXXX
XXX4X4XXXX     XXX4X24XXX     XXXXXXXX2     XXXX2XXXXX     42XX4XXXX     XXXX4XXXXX
XXX2XXX4XX     2X24XXXXXX     2XX2X22XXX     XXXX4XXXXX     XXXXXXX2X     4X24X4XX4X
4X2XX2XX2X     24XXX4XXX4     X4XXXXX224     XXXXXXXXXX     XXX2X2X2XX     XX4XXX4X4X
X4X4XXXXXX     XXX4X4XXXX     X2XXXX2XXX     XXXXXXXXXX     2XX4X44XXX     2X2X4XX22X
XXX2XXXXXX     4XX22X2XXX     XXXXXXXXXX     XXXXXXX44      2XX4X2XXXX     2XXXXXX4X
XXX2XXX2X4     2X2XXX22XX     XXXXXXXXX     XXXX4XXXX     2XX2X22XXX     XXXX4XXXXX
XXXXXXXX2X     2X244XX4XX     2XXXXXXXX     XXXX4XX2X     24X4X4XXXX     XX24XXXXXX
XX2XXXXXXX     2X2XXXX4XX     2X2X4XXXXX     XXXX2XXX4X     2XXXXXX2X     XXX422XXXX
XXX2XX4XXX     4X42XXXX4X     XXXXXXXXX     4XX22XXXXX     XXXXXXXX2     4X4X4X44XXX
X4XXXXX22X     2X24XX2XXX     XXXXXX4XXX     XXX2X42XXX     24X24XXXXX     4XX2XXXXXX
XXXXXXXXXX     2X2XX4XXXX     XXXXXXXXXX     XXX22XXXX     XXX4X4XXXX     XXXXXXXXXX
4X2XXX2XXX     2X22XXXXXX     XXX4XXXXX     XXXXXXXX4     2XXXXXXXX     XXXXXXXXXX
XXXX2XXXXX     2X2XXX2XXX     XXX2XXXXX     22XXXXXXXX     XXXX2X24XX     XXX2XXX4XX
XXXXXXXXXX     2X22XXX4X     XXX244XXXX     4X2XXXXXXX     2XXXXX4XX     XX2XXXXXXX
XXX2XXXXXX     XXXXX2XXX4     XXXXX22XXX     XXXXXXX4X     XXXXX2XX2X     XX22XXXXX2
XXX24XXXXX     2X22XXXXX2     2X2X4224XX     XXXXX24XX2     XXXXXXXXXX     XXXXXXXX2X
XXX2XXXXX2     XXXXXX4X2     XXX4XXXXXX     XXXXXXX24     XXXXX4XXX     4XX2XXXXX2
XXXXX4X4X4     2X2XXXXXXX     XX4XX2X4XX     XXXX2XX4X2     2XXXXXX24     22X4XXXXX2
X4XXXXX4XX     4XX4X4XXXX     XXXX4XXXX2     XXXXXXXX4     2XXXXXXXX     42X2XX4XXX
XXXXXXXX2X     XXXXXXXX4     XXX2XXX2X     XXX2XXX2XX     2XXXXX4XX     4X4XXXXXXX
X4X22X4XXX     4X4XXXXX4X     2XXXXXXXX     X4X42XXXXX     XXXX4XXX4X     XXX4XX2XXX
XXXX2XXX2X     2X2XXXXX4     XXXXX4XXX     2XX2XXXXXX     24XXXX2XX     X2XXX2XXX
XXX2XXXXXX     4X4XX22XXX     XXX2XXXXX     XXXX4XXXX     2XX4XXXXXX     2XXXXXXX2
XXXXXX2XXX     2X2X4XXXX2     XXXXXXXX4     4X4XXXXX4     2XX2XXXXXX     XXXX44XX24
2X2XX4XXXX     2X2XXX22X2     XXX4XXXXX2     XXXXXXXXX     2XXXXXXX2     4X4XX2X2X
XXXX4XXXXX     2X2XXX4XXX     XXXX2XXXXX     XXX2X2XXX     XXX2XXXX4X     XXX2XXXXX2
XX24X4XXXX     2X2X2XXXXX     XXX24XXXXX     XXXX42XX4X     2XX4XXXXX     4X2XXXXX44
XX22XXXX2X     XXXXXX4XXX     XXXXXX2XXX     XXX4XXXX2X     2XXXXXX2X     XX22XXXX2
XXXXXXXXXX     24XXX2XXX2     2X2XXXXXX     X4X2XXX4XX     XXXX2X4XX     4XX4XXX4XX
X4XXXXX4XX     XXXXXXXX2     XXXX44XXX     XX4XXXX22X     2XXXXXXXX     24XXXXX2X
X4XXXXXXXX     XXXX4XXXX     XXX2XXXX2X     X4XXXX42X     2XX224XXX     2XX22XXXX
X4XX2XXXX4     4X44X4XXXX     X4XXXXXXXX     2XXXXXXXX     42XX4XXX4     4X442XXX4X
XXXXXXX2X2     XX4XXXXXXX     XXX4XXX24     XX442224X2     4XX4XXXX42     XXX2X2XXX
XXXXX4XX4X     2X2XXXX2X     X2XX4X44XX     XXX2XXX4XX     XXXXXXXXX     22XXXXXXX
XXX4X4XXX4     XXXXX4X4X     22XX4XXX44     XXXX44XX4X     2XXXXXXX4     2XXXXXX2X
XXXXXX4XX4     2X2X4XX2X     XXXX4XXXX     XXX2XX2XXX     42XXXX4XX     XXXXXXXXX
XXX24XXXXX     XXXXXX4XX     2X2XXX22XX     X4XXXXXXX     2XXXXX2XX     X2XXXXXXX
X4X42XXXXX     4X4XXXXXX     XXXX2XX2XX     XXXX2XXXXX     2XXXXXX4X     XXXXXXXXXX
```

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
XXXXXXXX2X    2X22XXXXXX    2XX2XXX2XX    XXXXXXXXXX    XXXXXXX2X2    XXXXX22X4X
XXX4X4XXXX    2X2XXXXXX2    2X22X2XXXX    4XXXXX22X4    XXX2X2X2XX    XXXX2X224X
XXX2XXXXX4    4XX2XX4XXX    4XXXXXX42X    2XXX4X22XX    XXXXXXXX22    XXXXXXXXXX
XXX24XXXXX    2X2XXX2XXX    XX44XXXXXX    22XXXXXXXX    XXXXXXXXXX    4X242XXXXX
XXX4XXXXXX    4XXXXX4X22    22X4XXXXXX    4X4XXX4X2    XXXXXXXX2X    2XXX4XXXX
X4XXXXX4XX    2X2XXXXXXX    XXX444XXX2    XXXXXXXXXX    XXX4XXXX2    22XXXXX4XX
XXX2XXXXXX    2X244XXXXX    X4X24XXXX4    XXXXXXX2X    XXXXX42XX    22X4XXXXXX
XXX24XXXXX    2X2XXXX4XX    XXX2XX4X4X    X4XXXXXX4    XXXXXXXXXX    4XXXXXX22
XXXXXXXXX2    XXX2XXXX2X    XXXXXXX2XX    XX424XXXXX    2XXXX2XXXX    XXX2XX4X4X
XXX2X4X2XX    XXXXXXXXXX    XXXXXXX2X2    4XXXXXXXXX    42X2XX2XXX    XXX2XXXX2X
XXXXXX4X4X    4X4XXXX44X    XXXX2X44X4    XX4XXXX2XX    2XX22XX24X    2X22XXX4XX
XXXXXXXXXX    2X2XX24XXX    X2X2XXXXXX    XXXXX4X42X    XXX4XXXXXX    XXXXXXXXXX
XXXXX2X4XX    2X2XX4224X    XXXXX442X    X2XXXXX2X    XXX2XXXX4    XX4X4XX22X
XXXXXX4X24    2X242XXXXX    XXXXXX2XX2    4XXXX22XXX    24XXXX2XXX    4X44XXXXXX
XXX2XXXXXX    2X2XX4XXXX    XXX4XXXXXX    XXXX2XXXX    2XX4XXXXXX    XX24X4XXXX
XXX42XXXXX    4XXXXX4XX    XXXXXXX2XX    4X44X4XXXX    XXXXXXXX2    XXX2XXXXXX
XXX42XXXXX    XX4XXXXX22    XX22X2XX4X    XXX2X4XXX2    2XXXXXX4X    XX2XXXXXX
XXXXXXXXXX    4XX4XXX2XX    X4X42XXX2X    4XX2XX2XXX    XXX2XXXXX    XXXXXXXXXX
XXXX2XXXXX    XXXX2XXXXX    XX42X2X4XX    XXXX42XXXX    XXXXXX44XX    XXX4XXXX24
X4XXXXXXXX    XXXXXXXXXX    X4XXXX2XX4    XXXXXXXXXX    XXXXXXXXXX    XXX4X2XXX4
XXXXXXXXXX    4X2X2XX2XX    X2XXXXXXXX    2X2XXXXXXX    XXXXXXXXXX    XX4XX4X2XX
XXXX2X2XXX    4XXXXXXXXX    X4XXXXX4XX    44XXXXXX2X    XXXX4X2XX4    2XXXXXX4X
XXXX2XXXXX    XXXXXXXXXX    XXXXXXX4X    X4XXXXXXXX    XXXXX2XXX    XX2XX4XXX
4X2XX2XXXX    2XXXXXXXXX    XXX2XX44XX    XXX4XXX24X    2XX2XX2XXX    2XXXX4XX2X
XXX2X2XXXX    X4XXX2XXXX    X4X2XXXX2X    X2X4XXXXXX    XXXX2XXX4X    XXX2X22XXX
XXXX2X24XX    XXX22X2XX    X4XXXX222X    XXXX4XXX2    2XXXX2XXX    XXXX4XXXXX
XXXXXXXX2X    XXXXXXXXXX    XX4XXXXXXX    XXXX2XXXXX    XXXXXXXXXX    XXXXXXXXXX
XXX24X4XXX    XXXXX4XXXX    XXXXXXXX2X    X4XXX4XXX4    XXXX44XXXX    4X4XXXXXXX
X4X2XX4XXX    X2X2XXXX2X    XXXXX2XXX2    X4X4XXXXXX    XXXXXXXXX2    XXXX44XXXX
4X2XXXXXXX    XXXXXXXX44    2XX2XXXXXX    X2X2XXXXXX    XXXXXX2XX4    XXXXXX4X4
XXXXXXXXXX    X2X4XXX2XX    2XX2XXXXX4    X4XX2XX2XX    2XXXXXX4X    4X4XX4XXXX
XXX4XXXXXX    XXXXXXXX2    X4X24XXX4X    XXX4XXX4X2    42XXXXX4X2    XXX2XXX2XX
XXX2XXXXX4    4XX2XXXXX4    2X2XX44XXX    XXXXXXX4X    XXXX4XXXX2    X2X2XXXXX2
X4XXXXXXXX    XXXXXXXXXX    XXX2X4XXX    4XXXXXXX4    2XXXXXX42    4XXXXXXXXX
XXXX4XXXX2    2X24XXXXXX    X4XXXXXXXX    X4XXXXX42X    4XXXXXXXXX    XXX2XXXXXX
X4XXXXX2XX    XXXXX4XXX    X4XXXXXXXX    XXX4XXX2X    42X2XX2XXX    XXXX2XXXXX
XXX2XXX2XX    XXXXXXXXXX    X4X44XXXXX    XX4XXXX2X4    2XX4XX2XXX    44XXXXXXXX
XXX2XX444X    4XX2X2XXXX    XXX4XXX2XX    2X2X4XXXXX    2XXX4XXXXX    XXX4XXXXXX
XXXXXXXXXX    XXXXXXX2X    XXXX4XXXXX    XXXXXX2XX    42X2XXX4XX    XXX2XXXXXX
XXXXX44X4X    XXXXXXXXXX    X4XXXXXXX    X2XXXXXX2    XXX4XX44XX    XXX4XX4XX2
XXX2XXXX4X    XXX2XX22XX    2X24XXXXXX    XX4X4XXXXX    2XXX24XXXX    XXXXXX4XX
XXX2XX4XXX    X4XX2XX4XX    XXX4XXXXXX    XXXXXXX2X    42XX24X2XX    XXXXXXXX4X
XXXXXXXXXX    XXX4XXXX22    X4XXXXX4XX    XX2XXXXX2    XXXXX2X44    XX4XXX4XX2
4XX4XXXXX2    X4X2XXX2XX    X4XXXXXXXX    XXXXXXXXXX    XXXX2XXXXX    2XXX44XX4X
```

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
XXXXX4XXXX    4X42XXXXXX    XXXXXXXXX4    XXXXXX4XXX    XXXX2XXXXX    44X2XXXXXX
XXX4XXXXX2    XXXXXXXXXX    XXX24XXX2X    XXXXXXXXX2    42XXXXXXXX    XXXX2XXXXX
XXX424XX2X    4XXXXXXXX4    XXXX44XXXX    XXX4XXXXXX    XXXXXXXXX2    2XXXXXXX2X
XXX2XXXX2X    2XXXXXXXXX    X4XXX4XXXX    X4XXXXXXXX    2XXXXXXXXX    XXXX4X2XXX
XX2XXXXX4X    XXXXXXXX42    2X2XXXXXXX    XXXXX2XXX4    42XXX4XXXX    XXX4X2XXXX
XXXXXXXXXX    XXX2X2XXXX    X4X2XXX4X2    XX4XXX2X4X    24XXX4XX2X    XX42XXXXXX
XXXX2X2XXX    XXXXX4XXXX    4XXXXXXXXX    XXXXXXXXXX    2XXXXXXX4    XXX224XXXX
XXX4442XXX    XXXXXXXXXX    XX22XXXX24    XXXXXXXXXX    XXXXX4XXX    XXX2XXXXXX
XXX2X2X44X    XXX442XX4X    XXXXXXXXX4    XXX2XXXXXX    2XXX4X242X    44XXXXX2XX
X4XXXXXXXX    X4XXXXXX2X    XXX2XXX2XX    XXXXXXX44    XXXXXXXX4X    2XX2XXX4X2
XXXX4XXX24    4X44XXX42X    XXX2XXXXXX    XXX4X2X2XX    2XXXXXXX2    XXXXXXX2XX
XXX2XXXXX4    XXXXX2XXXX    X4XXXXXXXX    X2XXXX4XX    2XXXXXXXX    XXX2XXXXX2
XXXXXXXXXX    XX4XXXXX2    XXX2XXX222    X4XXXXXXXX    2XXXXX4XX    22XX4X2XXX
XXXX4XXXXX    X4X44XXXXX    XXXXXX2XX    XXX2XXX4X    XXXXXXXXX    XXXX4XXXXX
XXXXXXX2XX    22XX2X44XX    XXXXXXXXXX    XXXX4XXXX    2XXXXXXXX    XXX2X4XXXX
XX2XXX4XXX    X2XXXXXXXX    XXXXXXXXXX    X4X2XXX2XX    2XXXXX4XX    XXXXX2XXX
XXX4XXXXXX    XX242X2X22    XX2X2XXXXX    X4X2XXX4X4    2XXXXXXXX    2XXX4XX4X
XXXXXXXXXX    4XX2XXXXX    XXXXXXXX4    XXXXXXXXXX    XXXXXX4XX    44XX24XXX2
XXXXXX242X    XXXX4XX4XX    XXXX2XX4XX    XXX2XXXXXX    XXXXXXXXX    22XX442X2X
XXXX4XXXXX    XXX2XX22XX    XXXXXXX2XX    X4XX222XXX    XXXXXXX4X    2XXX2XXXXX
X4X2XX422X    XXXXXXXX2X    XXXXXXXXXX    XXXXXXXXX    2XXXXXX4X    XXXXXXX2XX
XXX4XX2XXX    4XX2XXXXX4    4XXXXXXXX    X4X4XXX44X    2XXXXXXXX    42XXX24XXX
XXX2XXXXXX    XXX2XXXX22    XX424XXXXX    XXXXXXXX22    2XXX22XX4    XX4XXX2XXX
XXXX4XXXXX    XXXXXXXXXX    4X42XXXXX    XXX2X444XX    2XX22XXXXX    XXXX4XXX24
XXXXXXXX4X    2XXXXX4XX    XXXXXXXXXX    2X2XXXXXXX    XXXXXXX4X    22XXXXX2X4
XXX4XXXXXX    XXXXX24XX2    XXXXX4XXX    XXX2XXXXXX    2XXXX4XXX2    XX4X2XXXXX
XXX4XXXX2X    XXXXXXX2XX    X2X22XXXXX    X4X2XXXX4X    42XXXX2XX2    4X4X4XXXXX
X4X22XXXXX    2XXXX2X2X    XXXX44XXX    X4X2XXXX2X    42XXXX2XXX    XXX4XXX2X
XXXXXXXXXX    XXXXX2XXXX    2XX2XXXXX4    XX42XX2X2XX    XXX4244XXX    XX42XXXX2X
XXX2XXXX2X    2XXXX4XXX    2XXXX222XX    XXX4XXX2XX    XXXX2XXXXX    X2X4XX2XX2
4X2XXXX4X4    XXX2X4XXXX    XXXX4XXXXX    X2X22XX242    4XXXXX4XX    XXXXXXXXXX
XXXXX2XXXX    22X4XXX4XX    X2X4XXXXXX    X4XXXXXXXX    XXXXXXXXXX    4XXXXXXXXX
XXXXXXX4XX    XX2XX2XXX2    XX4XXXXX2    XXX2XXXXXX    XXXXXXXXXX    XXX2XXX2X2
XXX4XXXXXX    4XXX224XXX    X4X4XXXXXX    XXX4XXXX2X    2XX2XXXXXX    4XXXXX4XX
XXX2XXXXXX    XXXXXXX2X4    X4X2XXXXXX    XXXXXXXXXX    XXXXX2XXXX    XXXXXXXXXX
4XXXX2XXX2    XXXXXXXXXX    XXXXX42X4    XXXXXXXXXX    2XX2XX2XXX    XX4XXXXXXX
XXXXXXXXX4    XXXXX4XXX4    X4X42XXXX2    XXX2XX4XXX    42XX4XXXX2    4XXXXXXX44
XXX24X2X4X    XX4XXX4424    XXXXX2XXXX    XXXX2XXXXX    XXX2X2XX2X    XXXXXX2XX4
XXXXX4X2XX    XX24X4XX44    4XXXX2XXX    XXXX4XXXXX    2XXXXXXXX    XXX2XXXX2X
XXX2XX2XXX    XXXXXXXXXX    2X24XXXXX2    X2XXXX2XX    XXX2XXXX4    XX2XXXX4XX
XXXXXXXXXX    2XXXX2XX24    4X4XXXXX4X    XX4XXX4XXX    XXXXXXXX2    4X4XXXXXXX
XXXXXX2XXX    XXX22XXXXX    2XXXXXXX4    XXXXXXXXXX    X2XXXXXXXX    XX2XXXXXXX
XXXXXX24X4    XXXXXXXXX4    XXXXX2X4X    XXXX2XX2XX    XXXX42222X    4XXXXXXXXX
X4XXXXXXX2    2XXXXX2X24    XXXXXXXX4X    XXX44244XX    2XXXXX2XX4    XXX2XX2XXX
```

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
XXX2XX2X4X    XXXXXX4XXX    X4XXXXXXXX    XXX2XX4XXX    2XX4XXXXXX    XX2XXXX24X
XXX2XXXXXX    XX4XX42X4X    XXX2XXX42X    X2X24XX2XX    XXX2XX2X22    22X4XXXX22
XXX2X2XXXX    2XXXX4XXXX    2X22XXXXXX    X4XXXX44XX    2XXXXX2XXX    X244XXXXXX
XXX4X4XX2X    2X24XXX4XX    XXXXX2XXXX    XXXXXXXX2X    42X22XXXXX    2XX2XXXXXX
XXXX44XXXX    XXXX2XXXXX    XX4X2X2XXX    X4XXXXXXXX    2XXXXX2XXX    X2X2XXXXXX
XXX4XXXX4X    4X4XXX4XX4    2X22XXXXXX    X4XXXXXX22    XXXXXX4XXX    XXXXXXX2X2
XXX2XXXXXX    X2XX2XXX24    2XXXXXX2XX    X2XX2X4XX4    2XXXXXXXXX    XX2X44XXXX
XXXXXXXX24    2XXXXXXX42    XXXXXXX2XX    X4XXXXX4XX    XXXXXX4XX2    2XX2X2XX4X
XXX4X4XX4X    XX4444XX2X    2XXXX4XXXX    XXXXXXX4X    XXXXXXXXXX    XXXX22XXX2
XXX2XX2XX4    XXXXXXXXXX    XXXXXX4XX    XXXXXXXX4    2XXXXXXXX    XXXXX4X4X4
X4XXXX4XXX    XXXXXXXXXX    XX44XXXXX2    X4XXX4XXXX    XXXXXXXX2X    XXX44XXXXX
4XXX22XXXX    4X4XX4XXXX    X4XXX4X42X    XXXXXXXXXX    2XXXXX2XX    XXXXX2X2X2
XXX2XX2XXX    XXX4XXX2XX    XXXXXXX4XX    XXXX2X24XX    2XXXX222X    XXXXXXXXXX
XXXXXXXX4    XXXX2XX4XX    XXXXX4XX2X    X4XXXXX2XX    XXXXXXXX44    XXXXX2XXXX
XXX44XXXXX    2XXXX4XXXX    XXXX24X44X    X4X2XXXXXX    XXX22XXXX4    4XX2XX4X4X
XXXXXXXXXX    XXXXX2X2XX    X4X4XXXXX2    XXXXXXXXXX    42XXXXXXXX    42XX24XX2X
XX2XXXXX2X    XXXX4X424X    XXXXXXXX42    X4X2XX222X    XXXX2XXXX4    XXX2XXXXXX
4X42XXXXX4    XXXX4XXX4XX    X4XX24X4XX    XXXXX2XXX    XXXXXXXX42    XX4XXXX2XX
XX2XXX2XXX    2X24X2XXXX    XX42XXXXX2    XXXXXXXXXX    2XXXXXXXXX    XXX2XXXX4X
XXXXXXX42X    22XX2XX4X4    X4X4X4X4X    XXX4XXXXXX    42X2XXXXXX    XXXXX4XXXX
XX424XXXXX    X4XXX4XXX4    XXXXX2XX4X    XXXXXXXXXX    XXXXX4XXX    XXXX24X4XX
4X4X4X4XXX    X2XXXXX4X4    X4X24XXX2X    XXXXX444X4    XXXX4XXXXX    2XXXX2XXXX
XXXXX4X2XX    4X4XXX4XX4    XXXXX2XX4    X2X4X4X2X2    XXX4XXX2X    XXX4XXX2XX
2X2XXXX4XX    XXXX2XX22X    XXXXXXXX2    XXXXXX4XX    XXXXXXX24    XXXXX24XX
XXX4XXX22X    XXXXXX4X4    XXXXX22XXX    X2XXXXX4X4    XXXXX2XXX    XXXXX4X2X
XXXXXXX2XX    X2XX44XXX2    XXX2XXXXX    X4XXX4XXXX    XXXXXXXXXX    44XXXXXX4
XXX2XX4XXX    XXXXXXX2X2    XXX4XXXXXX    XXXXXXXX4    22X2XXX2XX    XX4XXXXXXX
XXXXXXXXXX    XXXXXXX4X    X2X4224XXX    4XXXXXXXXX    42XXX4XXX    2XXXX2XXXX
XX2242XXXX    XXXXXXXXXX    X4X4XXX2XX    XXXX44XX44    2XXXXXXXXX    42X2XXXX2X
X24XX4XXX4    XXXXXXXXXX    2XX24XXXXX    XXXX24X4XX    XXXXX4XXX    2X2XX44X2X
X4X4XXXXXX    XXXX4XXXXX    XXXX2XXXXX    XXXXXXXX4    XXX4X4X4XX    XX4XXXX2XX
X4XXXX4XX    XXXXXXXXXX    XXX222X2XX    XXX44XXXX2    2XXXX2XXXX    XX424XXXXX
XX42XXXX2X    4X22XXXXXX    XXXXXX2XX    XXX2XXXXXX    2XXXX2XXXX    2XXXXXXXXX
XXXXX4XX4X    XXX2XX42XX    XXXXXX42XX    XXXXXXXXXX    2XXXXXXXX    4X4X4XXXXX
XXXX4XX2XX    X24XXXXXXX    XX44XXXXXX    XXXXX4XXX    2XXXXX4XX    XXX2XXXXXX
XXX2XXXXXX    XXXXXXXXXX    XXX2XXXXXX    XXXXX24XX    XXXXXX4XX    XX4XXX2XXX
XXX2XXX2XX    XXXXX22XXX    XXXXXXXXXX    XXX42XXX4X    2XXXX42X4X    XX4X22XXXX
X4XXXX2XXX    XXXXXXX4XX    XXXX4XXXXX    XXX4XXX44X    4XX2X22XX4    4XX2X4XX4X
4X2XXXXXXX    XXX2XXXX4    2XXXXXXX2    X4X2XXXXX    4X4XXXX4XX    XX4XXXXXXX
XX2XXX2XXX    22XXXX2XXX    XX22XXXXXX    XXX2X4X2XX    22XX2XX22X    XXXXXXXXX2
XX24XX4XX    XXXXXXXXXX    XXXXXXXXXX    X4X4XXXXXX    XX22XXXXX4    XXXXXXXXXX
XXXXX2X4XX    XXXXXXXXXX    XXXXXXXX24    4XXX22XXXX    XX2XXXXXXX    XXX4XXXX44
4XXXXXXX24    XXXX4XX4X    XXXXXXX2X4    XXX2X4XXXX    XXX4XXXXX4    XXXXX4XXXX
2X224XXXXX    4XX2X22XXX    XXXXXXX2XX    2XXXXXX42X    4XXXXXXXX4    XXXXX2XXX
```

```
XXX2XXXXXX   4XXXXXXXXX   XX4XXXXXXX   XXX4XXXXXX   4XXXXX2XXX   XXXXXXXXXX
XXX24XXXXX   4XXXXX4XXX   22XX2XX24X   XXXX22XX22   X2XXXXX2XX   XXX24XXXXX
XXXX4XX22X   XXXXXXXXXX   XXXXXXXXXX   22XXXXXXX4   4XXXXXXXXX   2X24XXX4X4
XXXXXXXXXX   4XXXXX24XX   XXXXXXXX4X   XXXXX2XXXX   XXXX4XXXX4   XXXX2XXXX4
4X4X2XXXXX   XXXX4XXXXX   XXX4X2XXXX   XXXXXXXXXX   XXX4XXXXXX   XXX2XX44XX
XXX2X22XXX   XXX42224XX   XXXXXXXXXX   X4X44XXXX2   XXXX2XXXXX   XXXXXXXXXX
XXXXXX2XXX   XXX2X2XXXX   XXXXX4XXX   X2XXX2XXXX   4X4X4X2XX2   4XXXXXXX2X
XX42XXXXX4   XXX2X2X2XX   2XXXXXXXX   X4XXXXXXX   XXXXXXXX4   XXXXXXXXXX
XX42XXXX4X   2XXXXXXX2X   XXXX222X42   X2X22X4X4X   XX2XX4XXXX   X2XXXXXXXX
XX4X4XXXXX   XXXXX2X2X   XXXXXXX4X2   XXXXXXXX4   4X4XXXXXXX   X242X4XXX
XXXXXXXXXX   XX444X4XXX   XXX2XXX2XX   X4XXXXXXXX   XXXXXX442X   X4XXXX24X2
4XX2XXX2X2   24X2XXXXXX   XXX2X4XXXX   XXX4XXXXXX   XXXXXX4XX   XXX2XXXXXX
XXXXX2XXX   2XX4XXXXXX   XXX4XXX2X   XXX4XX2XX   4XXXXXXXXX   XXXXX4XXXX
XXXXXXXX4   XXXXXXX4X   X4X2XXXXXX   XXX4XXXX4   XXXXXXXX4   XXXX2XXX4X
X24XXXX4XX   4XXXXXXXXX   XXXX4224X   2XXXXXXXXX   22XXXXX42X   XXXXXXXXXX
XXXXXX2X4X   XXXXXXXXXX   X2XXXXX42X   X4X2XXX2X2   42X4X4XXXX   XXXXXXX4XX
XXXXXXXX42   2XX4X22X4X   XXXXX4XX4X   XXX244X2XX   XXX4X22XXX   4X44XXXX44
XXX2XX2XXX   42X2XX2XXX   XXXX22XXXX   XXXXX2XXX   XXXXXXXXXX   X2XXX4XXXX
XXXXXXXXXX   XXXXX4XXXX   XXXXXXXXXX   4XXX4XXXXX   4XXXXX2X2X   XXXXX2XXXX
XXX2XXX2XX   2XX2XXXXXX   X4XXXXXXX2   XXXX2XX2X4   XXXXXXXXXX   2XXXX2XX4
XXX4X2XXXX   4X4X4XXXXX   XXX222XXXX   XXXXXXX2XX   22XXX2XXXX   44X2XXXX4X
4XXXXXXXXX   4X4XXXXXXX   XXXX2X4XXX   X4XXX2XXXX   XXXXXXXXXX   XXX2XXX4XX
4X4XXXXX22   4X4XXXXXX2   XXXXXX4224   XXXXXXX4X   22X4XXXXXX   XXX2XXX222
XXXX2XXX2X   XXXXX4XXX   XXXX2XXXX   XXXX22XXXX   XXXXXX2XX   XXX2XXXX2X
XXX2X2XXX4   2X2XXXXXXX   XXX2XXXX24   XXXXXXXXXX   4XXXXX2XX   XXXXX2X2XX
2X242XXXXX   XXX2XXXX4X   XXX2XXXXXX   XXXXX4X2XX   4XXXXXXXXX   XXXXX4X2
XX4XXXX44X   XXXX2X4XXX   4XX44X4XX2   X2X42XXX4X   4XX4X44XXX   44XXX4XXXX
4XXXXXXXXX   2XXXXXXXX   2XXXXXXXX   X4X4XXXX2X   XXXX2XXXX   XXXXXXXX4
XXXXX2XX4X   XXX2XXX24X   X4XXXXXXX   2XXXXXXXX   XX2XXX22XX   XX4XXXXX2X
XXX2XXXX2X   4X4X4XXXXX   2XXXX2XX4X   XXXXX4XXXX   XXXXXX4XX   XXX4X2XXXX
XX22X2XXX4   42XXXXXX2   X4X2XXXX2X   XXXX44X2XX   4XX4X4X2XX   4XXXX2XXX
XX4X4XXX4X   XXXXXXXXX   XXXX4XXXX   X4XXXXX2XX   XXXXX2XXX   XXXXXXX4X
XXXX22XXXX   X2XXXXX4X   XXX4XXXXXX   XX4244XXX4   XXX2XX2XXX   4X2XXXXXXX
4XX2XX4XXX   X2XXXX4XX   XXX444XXXX   XXXXXX2XX   22X4XXXXXX   XXXXXX2XX
XXX2XXXXXX   X2X4XX2XXX   2XXXXXXXX   XXX4X24X2X   2XX2XXX4XX   XXXXXXXXXX
XX4XXXXX2X   XX4XX24X44   XXX2XXXXXX   XXXXX2XXX   4XX2XXXX4X   XXX4X4X244
XX4XXXXXXX   4XXX4XXX2X   X4XXX4X2X4   XXXXXX2XX2   22X42XXXXX   4X4X42XXXX
XXX2XXX4XX   2XXXX2XXXX   XXXXX4XXXX   XXXX4XXX4   4X4XXXX4XX   XXXXXXXXXX
XXXXXX22X   4X4XXXXXXX   XXXX4X4XX2   X4X4X4X2   XXXX2XX224   2XX22XXXXX
2X2XXXX4X   XXXXXXXX24   XXX2XXXX42   XXXXX2XXXX   XXX2X4XXXX   22X2XXXX2
4X4X4XXXXX   XXXXXXXX4   XXXXXXXXXX   2X24X4X4XX   XX242XXXXX   XXXX2X2XXX
X4XXXXXXXX   X4XXXX2X4X   XXXXXXXXXX   XXXX4XXX2X   22XX4XXX4X   4X4XXXXXXX
XXXX2XXXXX   XXXXXXXXXX   XXXXX4X224   X4XXX2XXXX   XXX2XXXXX2   XXX2X2XXXX
XXX2XXXXXX   XXX4XXXX4X   XXXXXXXXXX   XXXXX2XXX4   4XXX2XX4XX   XXXXXXXXXX
```

57

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
XXXX42X4XX    22XX224X2X    XXXXX4XX4X    XXXX4XXXXX    22XXX244XX    4XX444XXXX
4XX4XXXXXX    X4XXXXXXX2    XXXXXXXXXX    XXX2XXXXXX    XXXXX2X2XX    XXXXXXXXX4
XXXXXXXXXX    XXXXX4XXXX    X4XXXXXXXX    XXXXXXX2X    4XX2XXXXXX    XX2XXXXX4X
4XX2424XX4    XXXXXXXX2X    XXXXX2XXX4    XXXXXXXXX4    XXX2XXXXXX    XXXXXXXXXX
XXX2XXX4XX    X4XXXXX2X2    XXXX4X2XX2    4XXX2XX22X    4XXXX24XXX    2X2XXXX24X
XXXX2XXXX2    XXXXX2XXXX    XXXXXXXXXX    XXX2XXX2X4    42XXXXXX4    XXX4XXXXXX
XXXXXXX2X2    2XX2XX4X2X    XXXXXXXXXX    X2XX44XXXX    XXXX22XXX4    4X4XXX2XX2
4XXXXX2XX4    XXXXX4XX4X    2XXXXXX2XX    X4XXX2XXXX    4X42XXXX2X    XXXX4XXXXX
XXX2XXXX4X    XXXXXXXXXX    XXXXXXXX4    XXXXXXXXXX    X4X4XXXXXX    XXXXXXXX4X
2XX42XX2XX    XXXXXXXXXX    XXXXXXXX4X    XXXXX422X2    4XXXXXXXXX    4X2424XXX4
XXXXXXX2XX    XXXXXXX2XX    XXX2XXXXXX    X4X24XX2XX    4XXXXX2X22    XXX24XXX4X
2X2XXXXXXX    X4XXXXXXXX    XXXXXXXXXX    X4X2XXXXXX    4XXX4XXXXX    4XX4XXXXXX
2X2XXXXX4X    XXX4XXXXXX    XXXXXXXXXX    XXXXXXXXX4    XXXXX2X2XX    4XXXXXXXXX
XXXX4XX2X4    XXXX2XXXXX    XXX2XXX2X4    XXXXXXXXXX    XXXXX2X2X    2XXXXXX42X
XX4XX22XXX    XXXXXXXXX4    XXX2XXXXXX    2XXXXX42XX    XXX2XXX2XX    4XXXXXXXXX
2X2XX2X4XX    XXXXXXXXXX    2XXXXXXXXX    XXXXXXXXXX    4XX244X2X2    XXX2XXX2X4
XXXXXXX2XX    XXXX4XXXX2    XXXXX4XXX    XXXXX4XXXX    XX2X2XXXXX    XX222XXXXX
XX44XXXXXX    XXXX2XXX24    XXXXXXXXXX    XXXXXXXXXX    4X4X4XXXXX    X2XXX2X4XX
XXXXXX4XX4    XXXX4XX4XX    XXX4X4XXXX    XXX2X4XXXX    XXXXX4XX4X    XXXXXXXXXX
XXXXXXXXXX    X2XXX4XX4    XXXXXXXX4X    XXX4X2XX4    XX42XXXXXX    XXX2XXXXXX
4XXX2XXX4X    XXXXXXXXXX    XX2XXXXXXX    X4X42XXXX    XX24XX4XXX    XXXXXXXXX4
XXX2XX4XXX    X4XX4X2XXX    XX42XXXX4X    X2XXXXXXXX    XXXXXX22XX    22X2X4XX22
XXXX2XXXXX    XXX2XXXXXX    XXX4X24XX2    XX4XXXXXXX    4XX4X4XXXX    XXXXX2XXXX
2XX44XXXXX    2XXXXXXXXX    XXXXXXXX4    4XXXXXXXX    XXX2XX2XXX    XXX22XXXXX
4X244XXXXX    2XXXX4X424    XX2XXXXXXX    XXXXXXXXXX    XXXXXX24XX    XXXXXXX42
XXXX2XXXXX    XXXXX2XXX4    2X22X42X4X    XXX2XXXXXX    4X4XX2XXXX    XXXXXXXXXX
XX2X2XXX4X    4XXXXX24XX    X4XXX2XX2X    X4X2XXXXXX    XXXXXXXX2    XXX4XX44X4
XX4XXXX4XX    XXX2XXXX2X    XXX2XXXX42    XX4XXXXXX    4XX2XXXXXX    XXX24XX4XX
XXXX2XXX4X    XX4XX2XX2X    XXX2X4X2X    XXXXXX4XX    XXXXXX24X    XXXX4XXXXX
XX4X4XX4XX    X4XXXXX4X    XXXX42XXXX    X2XX2X2X4    XXXXXX2XX    XXXX2XXXX
XXX2XX2X2XX    XXXX2XX4XX    XXX2XXXXXX    XXXXX2X42    22X4X24XXX    2XXXXXXX4
XXX2XXXX2X    XXXXX2X2X    2X2XXX2XX4    XX42XXXX4X    4XXXXXXXXX    XXXXXXXX4
XXXXX22XX    XXX2XXXX4X    X2X4XXX2XX    X4X4XXXX4    4XXXX2X2X    X4X2XXXX4X
XXXXXX4XXX    X4X2X4XXXX    4XX2XXXXXX    XX4X4XX44X    22X4XX2XXX    XXX4XXXXX
XXXXXXX2X    X4XXX4X244    X4XXXXXXX    XXXXX2XXXX    22X4XXXXX2    XX44XXXX4
XXXXXX4XXX    XXXX4XXXXX    X4XXXXXXXX    X2X2XXX2XX    XXXXX4XXX    2XXXXX22X4
XXXXX4X4XX    X2X22XXXXX    X2XXX2XXX4    X4XXXXX2XX    XX4XXXXXXX    XX2XXXXX4X
XXX4XXXXXX    XXX42X4X4X    XXX2XXX4XX    XXX4XXXXX2    XXXXXX44X4    XXXXXXXXXX
XXXX2XXXXX    X2XXX4XXXX    XXXXX2XXXX    XXX2XXXXXX    XX4XXXXXXX    4XX22XX2XX
X4XX2XXXXX    XXXXXXXXXX    2X2XXXXX4    XXXXXXXXXX    XXXXXXXXX    XXXXX2X2X
2XX444XXXX    2XXXXXX4X    XXXXX4XXXX    2XX44XX2XX    4X2XXXXXXX    XXXX4XXXXX
XXX4XXX2XX    XXX2XX2X42    X2X2XXXX2X    22X2XXXXX2    XX4XXXXXXX    2XXX4XXXXX
XXXXXX2XXX    4XX2XXXX24    X4XXXXXXXX    X4XXXXXX44    4X44XXXX4X    XXXXXXXXXX
XXX4X42XXX    X4XXXX4XXX    XXXXXXXX2X    XX424XXX44    XX4XXXX4XX    22X2XXXXXX
```

```
4X2XXXXXXX    2X2XXXXXXX    XX4XXX2XXX    XXXXXXXXXX    X4XXXX2XXX    XXXXXXXXXX
X4XXXXXXXX    X4XX4X4XXX    2X4XXXXXX4    2XXXXXX22     4X4XXX4XX4    42X424X2XX
XXX2XX44XX    XXXXXXXXXX    XXXX4XXX4X    X4XXXXX2X4    XXX2XXXXXX    X4XXXXXXXX
XXXXXX2X44    XXXXXXX424    XXXXXXXXX2    XXXX2X2XXX    4X4XXXXX4X    X24XXXXXXX
X4X2XXXXXX    2XXXXXX44X    XXXXX2X2X2X   XXXXXXX4X     XXXXXXXXXX    4XXXXXXXX2
XXXXXXXXXX    24XXXXXXXX    XXXX2XXXXX    XXX2XXX2XX    XXXX4X2X2X    XXXX4XXX44
XXX2XXXXXX    XXXXX2XXXX    XXXXX2X2XX    2X2X4XXX2X    2XX24XXXXX    XX42XXXXXX
XX4XXXXXXX    X2X2X2XXX4    XXXXXX244X    X4XX2XXXXX    2XXXXXXXXX    4XXXXXXX4X
XXX4XX2X44    X4XXX2XXX4    XXXX4XXXXX    XXXX4XX2X4    XX44XXXXXX    XXXXXX2XXX
XXX4XX2X2X    XXX44XXXXX    4XX2XXXXXX    2XXXXXXX2     XXXXXX2XXX    22X4XXXXXX
X24XX24XXX    XXXX2XX2XX    2XX42XX2XX    2XXXXXXX2X    XX4XXXXXXX    XXXXX2X2XX
XXXX2XXXX4    XXXXXXXXXX    XXXX4XX4XX    XXXXXXX44     XXXXXXXXXX    XX4XXXXXXX
2X2XXXXX2X    X4XXXXXXXX    XXXXXXXXXX    XXXXXXXXXX    XXXXXXXXXX    XX2X4XX2XX
XXXXXXXXXX    XXXXX2X4X     XXXX24XXX2    4XXXXX24XX    24XX2X44XX    XXX4XXXXXX
XXXXXXXXXX    2XX2XXXXXX    XX2XXX24XX    XXXXXX4XX     XX44XXXXXX    XXXX4XXX22
XX2XXXX2X4    XXXX42XXXX    4XX2XXX4X4    XXXXXXXXXX    X24XXXXXXX    XXXXXXXXXX
2XXXXXXXXX    XXXXXXXXXX    XXXXXXXXXX    XXXXX22XXX    XXXXXXXXXX    XXX2XXXX4X
XXXX2XXXXX    XXXXXXXXXX    XXX2XXX242    4X4XXXXX4X    4X2XXXXXXX    X4X2X4XXXX
22XXXXXXXX    XX4XXXXX4X    2XXX4XXXXX    XXXXX2444X    X2XXX2XX2X    XXXXXXXXX4
XXXX4XXXXX    44XXXX22X4    XXXXXXXXXX    XXXXX4XXX     XX2X2X2X2X    X2XXXXXXXX
XXXX44XXXX    2XX2XXXX4X    XXX2XXXXXX    2X24XXXX4X    4XXXXX244X    XXX4XX22X2
XXX2X4X2X2    X4XXXX4XXX    XX4XXXXXXX    X2XXXXXX4     XXXXXXXXXX    XXXXX2XXX
X2X42X24X2    4XX2XXXXXX    XXXX4XXXXX    42X22XX42     XXX2XXX22X    4X4XXXXXXX
XXXXXX2XXX    2X24X4XXX4    2XXXX2XXXX    X4XXX22XX4    XXX4X4XXXX    XX22XXXXXX
X2X4XX4XXX    XXX4XX2X24    XXX42XXX4X    XXXX2XX2XX    XXX4XX4X24    XX22XX4XXX
XXXXXXXX44    XXXXXXXXXX    XX22XXXXXX    4XX2X22XXX    XX224XXXXX    XXX24XXXX2
X2XX2XXXX2    XXXXXX42XX    XXXX2XX4XX    X4XX2X2XXX    X24XX4XXXX    XXXXXXXX2X
XXXX4X2XXX    XXXXX4XXXX    XXXXX2XXX4    XXXXX2XXXX    4XX2XX4XXX    22X4X2XXXX
X4XX4XX4XX    XXX4X2XXXX    XXX4XXXXXX    XXX4XXXXXX    XXXXX2XX24    XX4XXXXXXX
XXXXXXXX2X    X2X4XXX4XX    XXXX2XX4XX    XXXXXXXXXX    XXXXXXXXXX    2XXXXXXXXX
XXX2XXX4XX    XXX2XXXXXX    XXXXXX2XXX    XX2X4XX2XX    X2XXXX2XX2    XXX4XXXXX4
XXX4XXX2XX    XXX24XX4XX    X4XXXXXXXX    XXXXXXXXX2    XX24XXXXXX    XXX4X2XXXX
XXXXXXXXXX    XX4XXXXX2X    4XXXXXX4XX    XXXXXXXXXX    4XXXX2XXXX    XXX2XXXXXX
X2X4XXX4XX    XXXX2XXXXX    XXXXXXXXXX    XXXXXXXXX2    XXXXXXXXXX    XXXXXXXXXX
X2X4X4X4X4    XXXXXXXXXX    XX2XX4XXXX    4X2X2XXX24    XX42XXXXXX    4X2XXXXXXX
X2XX2XXXXX    XXX2XXXXXX    XXXXX2XXXX    XXX24XXXXX    XXXX2X2X2X    XXXX2XX44X
XXXX24XXXX    XXXXXXXXXX    XXX4XX42X4    XXXX2X4XX2    XXXXXXXXXX    2XX4XXXXXX
X2XXXXXXXX    XX422X2XXX    22XXXXX2X2    2X22XXXX4X    XXX2XXXXXX    2XXXXXXXX2
XXX2XXX2X2    XX4XXXX2X     X4XXXXXXXX    XX24XXXXXX    XXXXXXXXXX    4X22XXXXXX
XXX2XXXXXX    XXXX2XXXX     XXXXXXXXXX    XX2424XXXX    4X4XXX4XXX    4XX2XX4XXX
X2XXXX422X    XXXXXX2XXX    2X2XXXXXXX    XXXXXXXXXX    XX4XXXXXXX    XXX2XXXXXX
XXXXXXX4X2    XX2XXXXXXX    X4XX4XXX22    XXXXXXXXXX    4XXXX2XX4X    4XXX2X2X2X
XXXXXXXX2X    XXXXXXXXXX    XXXX4XXXX     XXXXX2X22X    XX44XXXXX2    XXXXXXX44X
4XX4XXXX22    X4XXXXXXXX    2XXXXXXXX4    2X2XXXXXXX    XXXX2XXXXX    XXXX2XXXXX
```

59

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

```
XXX2XXXXXX    2XXXXXXXX4    X4X2XX22X2    XXXXXXXX2X    XXXXX2XXX2    XXX2X2XXXX
4XX4XX4X4X    XXXXXXXXXX    XXXX4XXXXX    XXXXXXXXXX    4X2XXX444X    4X4XXXX22X
XXX22X2XXX    22XXXX44XX    XXX2XXX4XX    X2X2XXXX22    X2XX2XX4XX    XXXXXXXXXX
X2XXXXXXXX    2XXXX2XXXX    2XXXXX4XX    XXXXXX2X42    2XXX42XXX2    XX4XXXXXX2
XXXXX4XXXX    22XXX2XXXX    X2X22XX24X    XXXXXXXX2    2XX2XXXX2X    2XXXXXXXX
XXX4XXXXX2    4XX2XXX4XX    2XXX4XXX4X    X4XXXXXXXX    XX224X4XXX    XXXX4XXXXX
XXXX44XXXX    2XX44XXXX    XXXXXXXXXX    XXXXXXXXXX    XX2422XX4X    XXXX4X4XX
XXX4XX24XX    XXX4XXXXXX    XXXX42XXXX    2XXXXXXXX    X2X2XX2XXX    XXXX2XXXXX
2X2XXXXXXX    2XX2XXXX2    XX4XXXXXX2    XXXXXX4XX    XX2XXXXXX    XXXX4XXX2
X2X4X4XXXX    XXXXXXXXX    X4XXXXXXX    XX244XXXX    XXXXXX4XX    XXXXX2X4X2
XXX42XXX4X    XXXX4XXXX    X2XX4X24X    XX42X4XXXX    2XXX2XX2XX    XX2XXXXX2X
XXX4X2XXXX    2XXXXXXX2X    XXXXXX4XX    XXXXX2X4X    XXXXXX4XX    XXX2XXXXXX
XXX2XX44XX    XXX2XXXXXX    X2XXXXXX2    22XXXXXXX    XXXX44XXX    2X242XXXXX
XXX4XX2XXX    XXXXX22XXX    XXXXXX44X    4X4X4XXXX    4XXXXXXXX    XX242XXXXX
X2XXX2XXX4    XXXXXXXXX    XXXXXXXX2    X2X422XXXX    XXXX442XXX    2XXXXXXXX
XXX4XXXXXX    X4XXXXXX4    XXXX2XXXXX    X2X2XXX4XX    2XXXXXXXX    XX2442XXXX
XXXX4X4XXX    XXX4XXX2X2    XXXX2XXX2X    2XX4XXX4XX    44X24X2XX2    XXXXXXXXXX
X2XX2X4XX    XXXXX2XXX    2X2XXX2XX    XXX2XXX4X    2XXXXXX22    XXXXXXXXXX
X2XXXXXXXX    X2XXXXXXX    4X4XXX2XXX    4XX2X2XXXX    4X2424XXX4    2XXXXX4XX
XXXXXXXX2    2X2X2XXXX    X4X2XXX44X    XXXXXXXXX    XX4XX4XX22    XXXXXXXXX
XXXXXXXXXX    2XX2XXXX2    44XXX4XXXX    44XXXXXXX    2XXXX2XXX    XXX224XXXX
XXXXX4XXX    XXX4XX2XXX    2X22XXXX4X    XX42XXXX42    2XXXX4XXX2    4X4X2X24XX
X2X44XX4X4    4XXXXXXXX    2XX4X4XXXX    X4X4X2XXXX    X2XXXXXXXX    XX422X44XX
XXX4XXXXXX    XXX2XXXXXX    XXXXX2XX44    XXXXX2XXX    XX2X4X4X4    XXXXXX4XX
X2X2XXXXX2    XXXXXX2XX    XXXX2XXXX    XXX2XXXXXX    2XXXXXX4X    4XXX4XXX2
XXXX4XXXX4    XX4XXXXX24    XXXXXXXXXX    4XXXXXXX4    XXXXXXXXX    XXXXX4XX2
X2XXXXX2XX    XX42XX22XX    XXX4XXXXXX    XXXXXXXXXX    XXX4XXXXXX    XX42X2XXXX
XXXX2XX24X    42X2XXX4XX    4X4XXXX4XX    X4X4XXX44X    XX2X2X4XXX    24XXXXXXXX
XXXXX4XXX    2XXXXX2X4    XXX424XXX4    4XX2X4XXXX    XX2XXXXX24
XXX22X44X4    4XX2X2XXXX    4X4XX44XXX    XXX4XXXX2X    2XXXXXXXXX
```

Docusign Envelope ID: 9E54B8A5-A624-457B-9261-E3A56D3A3A29

# EXHIBIT D

United States District Court for the Eastern District of North Carolina

**If You Received an Artificial or Prerecorded Voice Call from Optum Community Health Workers**
**as part of the Optum at Home  program You May**
**Be Entitled to a Payment from a Class Action Settlement.**

*A FEDERAL COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

A Settlement with a $1,846,500 cash fund has been reached in a class action lawsuit claiming that UnitedHealth Group Incorporated ("Defendant") sent prerecorded voice messages to wireless telephone numbers without consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. Defendant denies the allegations in the lawsuit and the Court has not decided who is right.

**Who's Included?** You received this notice because Defendant's records show that you may be a Settlement Class Member. The Settlement includes all regular users or subscribers to numbers assigned to wireless carriers which Optum Community Health Workers called as part of the Optum at Home program during the Settlement Class Period using an artificial or pre-recorded voice who were not members or subscribers of United Healthcare or that opted out of receiving calls from United Healthcare from December 11, 2019 to **Month DD, 2025**.

**What Are the Settlement Terms?** Defendant has agreed to pay $1,846,500 to create a fund that will be used to (1) pay persons who submit valid claims, (3) pay the costs of providing notice and administering the settlement, (3) pay a service award to the Representative Plaintiff for the Settlement Class for its service on behalf of the Settlement Class, and (4) pay Class Counsel's attorneys' fees, costs, and expenses incurred in the litigation.

**How can I get a Payment? [**(*For mailed notice:*) By completing the Claim Form attached to this notice and submitting it by U.S. mail to the Settlement Administrator at the address on the Claim Form. You can also complete and submit the Claim Form online on the Class Settlement Website, www.xxxx.com. (*For emailed notice:*) By completing the Claim Form linked to this notice online on the Class Settlement Website, www.xxxxxTCPAsettlement.com. You  can also download a Claim Form from the Class Settlement Website and submit it by U.S. Mail to the Settlement Administrator at [address].**]**  If you send in a Claim Form by regular mail, it must be postmarked on or before **DATE**. If you file a Claim Form online it must be completed and submitted by **11:59 p.m. PST on DATE**.

**What are my other Options?** If you do not want to be legally bound by the Settlement, you must exclude yourself by **Month DD, 2025**. If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at the Settlement website. You may object to the Settlement by **Month DD, 2025** by timely complying with the objection procedures detailed in the Preliminary Approval Order. The Long Form Notice available on the Settlement Class Website explains how to exclude yourself or object. The Court will hold a Final Approval Hearing on **Month DD, 2025 at [location]** to consider whether to approve the Settlement, a request for a service award of up to $5,000 for the Representative Plaintiff, and a request for attorneys'

fees of up to one-third of the Settlement Fund as well as reasonable costs and expenses incurred in the litigation. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. For more information, call or visit the website.

www.XXX.com
The Settlement Administrator
[TELEPHONE NUMBER]
[ADDRESS]

62